United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>GRADY F. HEROLD, SR., Individually<br>and in his capacity as Independent Executor<br>of the Estate of Lillian A. Schwarz<br>(Deceased); et al,<br>Defendants | § § § § § § § § § § § | CIVIL NO. B-02-CV-15 |

ORIGINAL ANSWER OF STATE OF TEXAS TO
UNITED STATES OF AMERICA'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE STATE OF TEXAS, Defendant, (hereinafter "State") appearing through the Office of the Attorney General of the State of Texas, and files this Original Answer, and in support of such pleadings would show the following:

I.

1.    The State of Texas admits the allegations that the United States has a federal tax lien for federal estate tax liability which attached to all property of the Estate of Lillian A. Schwarz and that the United States' lien is superior to the lien filed by the State of Texas. The State of Texas further admits that its lien will remain subordinate to the federal tax liens.

2.    Except to the extent already admitted, the State of Texas is without knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in the United States of America's Complaint. However, to the extent this Court requires admission or denial of the allegations, the State of Texas denies every allegation asserted in the Complaint, except

to the extent already admitted.

## II.

3. Upon information and belief, the Estate of Lillian A. Schwarz filed a Federal Estate Tax Return and the total tax, penalties and interest due the Internal Revenue Service as of May 31, 2001 was $4,486,186.37. Also upon information and belief, because of unpaid federal inheritance tax, penalties and interest due a statutory lien arose in favor of the United States on behalf of the Internal Revenue Service which attached to all of the Estate's property.

4. Upon information and belief the Estate of Lillian A. Schwarz has interest in real estate and mineral interests as follows:

   A. Approximately 82 acres of real estate located in Cameron County, Texas, as more specifically described in Exhibit 1 of Plaintiff's Original Complaint;

   B. Approximately 7.8 acres of real estate located in Cameron County, Texas, as more specifically described in Exhibit 2 of Plaintiff's Original Complaint;

   C. Approximately 59.55 acres of real estate located in Hidalgo County, Texas, as more specifically described in Exhibit 3 of Plaintiff's Original Complaint;

   D. Approximately 239.70 acres of real property located in Hidalgo County, Texas, as more specifically described in Exhibit 4 of Plaintiff's Original Complaint;

   E. Approximately 41,68 acres of real property in Chambers County, Texas, as more specifically described in Exhibit 5 of Plaintiff's Original Complaint;

   F. A mineral interest located in Zapata County, Texas, as more specifically described in Exhibit 6 of Plaintiff's Original Complaint.

5. Upon information and belief the Estate of Lillian A. Schwarz and the heirs executed

a deed of trust in favor of the United States as to the property at issue in this suit.

6. Upon information and belief the United States made demand for payment of the federal inheritance tax on the Estate and to date the Estate of Lillian A. Schwarz has failed and refused to pay the federal tax, penalty and interest.

7. On or about May 27, 1986, Grady F. Herold, Sr., as Executor of the Estate of Lillian A. Schwarz, filed an inheritance tax return with the Texas Comptroller. Based on the inheritance tax return filed, on the date of the decedent's death the gross value of the estate was $14,442,594.00. The total tax, penalties and interest payable to the Texas Comptroller for inheritance tax was $1,777,595.00.

8. On August 6, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Cameron County, Texas (a copy of which is attached hereto as Exhibit "A" and incorporated by reference herein); on August 11, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Chambers County, Texas (a copy of which is attached hereto as Exhibit "B" and incorporated by reference herein); on August 14, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Hidalgo County, Texas (a copy of which is attached hereto as Exhibit "C" and incorporated by reference herein); and on August 11, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Zapata County, Texas (a copy of which is attached hereto as Exhibit "D" and incorporated by reference herein). Said liens were properly filed pursuant to TEX. TAX CODE ANN. § 113.001 (Vernon 1992). The liens filed by the State of Texas attached to all of the property of the estate in each named county. *Id.*

9. The Estate of Lillian A. Schwarz made several payments toward the delinquent State inheritance tax, penalties and interest. Attached hereto as Exhibit "E" and incorporated by reference herein is the Texas Comptroller's Certificate of Tax Delinquency showing the remaining amount of inheritance tax, penalties and interest due as of April 23, 3001 was $1,089,436.55 (interest accrues at $145.10 per day).

10. The Texas Comptroller seeks to enforce its tax lien and requests payment, in full, of the delinquent State inheritance tax from the proceeds of the sale of the properties made the basis of this suit.

### III.

11. In accordance with TEX. GOVT. CODE ANN. § 2107.006, the Attorney General is entitled to recover and collect reasonable attorney fees, investigative costs, and court costs on behalf of the State of Texas.

WHEREFORE the Texas Comptroller requests:

1. That the Court find the Estate of Lillian A. Schwarz is indebted to the State of Texas for inheritance tax, in the amount of $1,089,436.55 as of April 23, 2001, plus any other penalties and statutory interest which accrues after April 23, 2001;

2. That this Court order, adjudge and decree that the State of Texas has a valid lien against the property made the basis of this suit;

3. That this Court determine the validity of all liens and claims of the parties named herein against the proceeds of the sale of the property made the basis of this suit, and determine the priority of all respective liens and claims as

           against the claim of the State of Texas;

4.   That this Court award to the State of Texas $1,089,436.55, plus any other penalties and statutory interest which has accrued since April 23, 2001, in satisfaction of its tax claim;

5.   That this Court award the State of Texas attorney's fees and costs; and

6.   That the State of Texas have such further relief as this Court may deem proper.

                                  Respectfully submitted,

                                  JOHN CORNYN
                                  Attorney General of Texas

                                  HOWARD G. BALDWIN
                                  First Assistant Attorney General

                                  JEFFREY S. BOYD
                                  Deputy Attorney General for Litigation

                                  RONALD R. DEL VENTO
                                  Chief, Bankruptcy & Collections Division

                                  _____
                                  DAVID RANDELL
                                  Assistant Attorney General
                                  Attorney in Charge
                                  State Bar No. 16532400
                                  Federal Bar No. 1638
                                  Bankruptcy & Collections Division
                                  P. O. Box 12548
                                  Austin, Texas 78711-2548
                                  Telephone: (512) 463-2173
                                  Telecopier: (512) 482-8341

                                  ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing Original Answer of the State of Texas has been mailed, certified, return receipt requested, on this the _6th_ day of _March_, 2002 to the following:

_____
DAVID RANDELL

Andrew L. Sobotka
U.S. Department of Justice - Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain, Hrdlicka, White, Williams & Martin, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002

Kent Rider
Linebarger Goggan Blair Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760


00-205 (Rev. 11-81)

VOL 82 PAGE 378

24933

RESERVED FOR COMPTROLLER'S USE ONLY

OFFICIAL RECORDS

TO:
CAMERON COUNTY CLERK
PO BOX 2178
BROWNSVILLE, TEXAS 78520

COMPTROLLER'S FILE REFERENCE
TAXPAYER NUMBER
3 #9,947,593-6
031
FILE NO

IT IS REQUESTED THAT THE BELOW NOTICE OF STATE TAX LIEN BE RECORDED IN THE 'STATE TAX LIENS' BOOK AS PROVIDED BY TEX. TAX CODE ANN. ch. 113. WHEN RECORDED, PLEASE RETURN THE NOTICE TO: COMPTROLLER OF PUBLIC ACCOUNTS; CAPITOL STATION; AUSTIN, TX 78774

## NOTICE OF STATE TAX LIEN

ESTATE OF LILLIAN A. SCHWARZ

NOTICE IS HEREBY GIVEN THAT A LIEN EXISTS IN FAVOR OF THE STATE OF TEXAS FOR DELINQUENT TAXES FOR ___INHERITANCE TAX___ WHICH WERE DUE AND PAYABLE FOR THE PERIOD _____ THROUGH _____ IN THE SUM OF $1,777,595.00 WHICH IS TAX ONLY AND IS EXCLUSIVE OF PENALTY, INTEREST AND ANY OTHER CHARGE WHICH IS NOW DUE OR MAY ACCRUE AS IMPOSED BY CHAPTER 113, TEX. TAX CODE ANN. OR ANY OTHER CHAPTER.

AS TO THE PERSON ABOVE, ALL TAXES, FINES, PENALTIES AND INTEREST DUE TO THE STATE OF TEXAS WERE ASSESSED BY STATUTE AS OF THE DATE THE TAX BECAME DUE AND PAYABLE AND WERE SECURED AS OF THE ASSESSMENT DATE BY STATUTORY LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED AND CLAIMED BY THE ABOVE NAMED PERSON.

THIS LIEN IS CUMULATIVE AND IN ADDITION TO ALL OTHER LIENS PROVIDED BY LAW AND IS SUFFICIENT TO COVER ALL TAXES OF THE SAME NATURE WHICH MAY ACCRUE SUBSEQUENT TO THE FILING OF THIS NOTICE

THIS NOTICE IS MADE PURSUANT TO TEX TAX CODE ANN. ch 113 AND ALL OTHER RELEVANT PROVISIONS OF LAW

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT THE CITY OF AUSTIN, TEXAS, THIS DAY OF ___AUGUST 6, 1986___.

  

BOB BULLOCK
COMPTROLLER OF PUBLIC ACCOUNTS

---

The State of Texas
County of _____

I hereby certify that the information shown herein concerning the filing and recording of the above Notice of State Tax Lien is true and correct and is in accordance with TEX. TAX CODE ANN. ch. 113.

Given under my hand and seal of office

sign here ► _____ County clerk

by _____ Deputy

d _____

ENTER COUNTY FILING DATA HERE
TIME, VOLUME AND PAGE NUMBER
AS RECORDED FOR NOTICE OF STATE TAX LIEN

| Time | Date |
|------|------|
|      | 8    |
| Volume | Page |
| 9    | 10   |

For Sales Tax assistance please contact your Texas State Comptroller's Local Office
You may also call Area Code 512/475-2206 OR call 1-800-252-5555 toll free from anywhere in Texas



EXHIBIT A

00-205 (Rev. 11-81)

3829-B

RESERVED FOR COMPTROLLER'S USE ONLY

# STATE TAX LIEN

VOL. 3 PAGE 510

TO.

CHAMBERS COUNTY CLERK
PO BOX 728
ANAHUAC, TEXAS 77514

COMPTROLLER'S FILE REFERENCE
TAXPAYER NUMBER

3 ■ #9,947,593-6

■ ■ ■ 036
4  5  6
FILE NO

IT IS REQUESTED THAT THE BELOW NOTICE OF STATE TAX LIEN BE RECORDED IN THE 'STATE TAX LIENS' BOOK AS PROVIDED BY TEX. TAX CODE ANN. ch. 113. WHEN RECORDED, PLEASE RETURN THE NOTICE TO. COMPTROLLER OF PUBLIC ACCOUNTS; CAPITOL STATION, AUSTIN, TX 78774.

## NOTICE OF STATE TAX LIEN

ESTATE OF LILLIAN A. SCHWARZ

NOTICE IS HEREBY GIVEN THAT A LIEN EXISTS IN FAVOR OF THE STATE OF TEXAS FOR DELINQUENT TAXES FOR    INHERITANCE TAX    WHICH WERE DUE AND PAYABLE FOR THE PERIOD    THROUGH    IN THE SUM OF $1,777,595.00 WHICH IS TAX' ONLY AND IS EXCLUSIVE OF PENALTY, INTEREST AND ANY OTHER CHARGE WHICH IS NOW DUE OR MAY ACCRUE AS IMPOSED BY CHAPTER  113 ,TEX TAX CODE·ANN. OR ANY OTHER CHAPTER.

AS TO THE PERSON ABOVE, ALL TAXES, FINES, PENALTIES AND INTEREST DUE TO THE STATE OF TEXAS WERE ASSESSED BY STATUTE AS OF THE DATE THE TAX BECAME DUE AND PAYABLE AND WERE SECURED AS OF THE ASSESSMENT DATE BY STATUTORY LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED AND CLAIMED BY THE ABOVE NAMED PERSON.

THIS LIEN IS CUMULATIVE AND IN ADDITION TO ALL OTHER LIENS PROVIDED BY LAW AND IS SUFFICIENT TO COVER ALL TAXES OF THE SAME NATURE WHICH MAY ACCRUE SUBSEQUENT TO THE FILING OF THIS NOTICE.

THIS NOTICE IS MADE PURSUANT TO TEX TAX CODE ANN ch. 113 AND ALL OTHER RELEVANT PROVISIONS OF LAW.

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT THE CITY OF AUSTIN, TEXAS, THIS DAY OF  AUGUST 6, 1986  .

  

BOB BULLOCK
COMPTROLLER OF PUBLIC ACCOUNTS

The State of Texas
County of  Chambers

I hereby certify that the information shown herein concerning the filing and recording of the above Notice of State Tax Lien is true and correct and is in accordance with TEX. TAX CODE ANN. ch. 113.

Given under my hand and seal of office

sign here _____  County clerk
by _____  Deputy
Dated _____

ENTER COUNTY FILING DATA HERE
TIME, VOLUME AND PAGE NUMBER
AS RECORDED FOR NOTICE OF STATE TAX LIEN

| Time | Date |
|---|---|
| 2:26 pm | 8-11-86 |
| Volume | Page |
| 9 ■   3 | 10 ■   510 |



EXHIBIT B

For Sales Tax assistance please contact your Texas State Comptroller's Local Office
You may also call Area Code 512/475-2206 OR call 1-800-252-5555 toll free from anywhere in Texas

FORM 00-205
(Rev. 11-81)

VOL 2327 PAGE 035

2

RESERVED FOR COMPTROLLER'S USE ONLY

TO.

HIDALGO COUNTY CLERK
PO BOX 58
EDINBURG, TEXAS 78539

176385

COMPTROLLER'S FILE REFERENCE
TAXPAYER NUMBER

3 ■ #9,947,593-6

■    ■   ■ 108
4    5    6
FILE NO

IT IS REQUESTED THAT THE BELOW NOTICE OF STATE TAX LIEN BE RECORDED IN THE 'STATE TAX LIENS' BOOK AS PROVIDED BY TEX. TAX CODE ANN. ch. 113. WHEN RECORDED, PLEASE RETURN THE NOTICE TO: COMPTROLLER OF PUBLIC ACCOUNTS; CAPITOL STATION; AUSTIN, TX 78774.

### NOTICE OF STATE TAX LIEN

ESTATE OF LILLIAN A. SCHWARZ

OFFICIAL RECORDS

NOTICE IS HEREBY GIVEN THAT A LIEN EXISTS IN FAVOR OF THE STATE OF TEXAS FOR DELINQUENT TAXES FOR ___INHERITANCE TAX___ ,WHICH WERE DUE AND PAYABLE FOR THE PERIOD _____ THROUGH _____ IN THE SUM OF $1,777,595.00 WHICH IS TAX ONLY AND IS EXCLUSIVE OF PENALTY, INTEREST AND ANY OTHER CHARGE WHICH IS NOW DUE OR MAY ACCRUE AS IMPOSED BY CHAPTER 113 ,TEX. TAX CODE ANN. OR ANY OTHER CHAPTER.

AS TO THE PERSON ABOVE, ALL TAXES, FINES, PENALTIES AND INTEREST DUE TO THE STATE OF TEXAS WERE ASSESSED BY STATUTE AS OF THE DATE THE TAX BECAME DUE AND PAYABLE AND WERE SECURED AS OF THE ASSESSMENT DATE BY STATUTORY LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED AND CLAIMED BY THE ABOVE NAMED PERSON.

THIS LIEN IS CUMULATIVE AND IN ADDITION TO ALL OTHER LIENS PROVIDED BY LAW AND IS SUFFICIENT TO COVER ALL TAXES OF THE SAME NATURE WHICH MAY ACCRUE SUBSEQUENT TO THE FILING OF THIS NOTICE

THIS NOTICE IS MADE PURSUANT TO TEX TAX CODE ANN. ch. 113 AND ALL OTHER RELEVANT PROVISIONS OF LAW.

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT THE CITY OF AUSTIN, TEXAS, THIS DAY OF ___AUGUST 6, 1986___.




BOB BULLOCK
COMPTROLLER OF PUBLIC ACCOUNTS

The State of Texas
County of _____

I hereby certify that the information shown herein concerning the filing and recording of the above Notice of State Tax Lien is true and correct and is in accordance with TEX. TAX CODE ANN. ch. 113.

Given under my hand and seal of office

sign here ▶ _____ County clerk

by _____ Deputy

Dated _____

ENTER COUNTY FILING DATA HERE
TIME, VOLUME AND PAGE NUMBER
AS RECORDED FOR NOTICE OF STATE TAX LIEN

| Time | Date |
|---|---|
| Volume | Page |
| 9 ■ | 10 ■ |

EXHIBIT C

For Sales Tax assistance please contact your Texas State Comptroller's Local Office
You may also call Area Code 512/475-2206 OR call 1-800-252-5555 toll free from anywhere in Texas

(Rev. 11-81)

RESERVED FOR COMPTROLLER'S USE ONLY

**071840**

TO:

ZAPATA          COUNTY CLERK
PO BOX 789
ZAPATA, TEXAS   78076

COMPTROLLER'S FILE REFERENCE
TAXPAYER NUMBER

3 ■ #9,947,593-6

■ 253
FILE NO

IT IS REQUESTED THAT THE BELOW NOTICE OF STATE TAX LIEN BE RECORDED IN THE 'STATE TAX LIENS' BOOK AS PROVIDED BY TEX. TAX CODE ANN. ch. 113  WHEN RECORDED, PLEASE RETURN THE NOTICE TO: COMPTROLLER OF PUBLIC ACCOUNTS; CAPITOL STATION; AUSTIN, TX  78774

## NOTICE OF STATE TAX LIEN

ESTATE OF LILLIAN A. SCHWARZ

NOTICE IS HEREBY GIVEN THAT A LIEN EXISTS IN FAVOR OF THE STATE OF TEXAS FOR DELINQUENT TAXES FOR ___INHERITANCE TAX___ WHICH WERE DUE AND PAYABLE FOR THE PERIOD ___THROUGH___ IN THE SUM OF $1,777,595.00 WHICH IS TAX 'ONLY AND IS EXCLUSIVE OF PENALTY, INTEREST AND ANY OTHER CHARGE WHICH IS NOW DUE OR MAY ACCRUE AS IMPOSED BY CHAPTER ___113___, TEX. TAX CODE·ANN. OR ANY OTHER CHAPTER.

AS TO THE PERSON ABOVE, ALL TAXES, FINES, PENALTIES AND INTEREST DUE TO THE STATE OF TEXAS WERE ASSESSED BY STATUTE AS OF THE DATE THE TAX BECAME DUE AND PAYABLE AND WERE SECURED AS OF THE ASSESSMENT DATE BY STATUTORY LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED AND CLAIMED BY THE ABOVE NAMED PERSON.

THIS LIEN IS CUMULATIVE AND IN ADDITION TO ALL OTHER LIENS PROVIDED BY LAW AND IS SUFFICIENT TO COVER ALL TAXES OF THE SAME NATURE WHICH MAY ACCRUE SUBSEQUENT TO THE FILING OF THIS NOTICE.

THIS NOTICE IS MADE PURSUANT TO TEX TAX CODE ANN ch. 113 AND ALL OTHER RELEVANT PROVISIONS OF LAW.

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT THE CITY OF AUSTIN, TEXAS, THIS DAY OF ___AUGUST 6, 1986___

BOB BULLOCK
COMPTROLLER OF PUBLIC ACCOUNTS

The State of Texas  *Zapata*
County of

I hereby certify that the information shown herein concerning the filing and recording of the above Notice of State Tax Lien is true and correct and is in accordance with TEX. TAX CODE ANN. ch. 113.

Given under seal of office
sign here *Diana Flores* County clerk
by *B.R. Lozano* Deputy
Dated *August 11, 1986*

ENTER COUNTY FILING DATA HERE
TIME, VOLUME AND PAGE NUMBER
AS RECORDED FOR NOTICE OF STATE TAX LIEN

| Time | Date |
|---|---|
| 10:00 A.M. | Aug. 11, 1986 |
| Volume | Page |
| 341 | 642-643 |

For Sales Tax assistance please contact your Texas State Comptroller's Local Office
You may also call Area Code 512/475-2206 OR call 1-800-252-5555 toll free from anywhere in Texas

341  642



EXHIBIT D

 00-328
(Rev. 12-98/3)

## TEXAS CERTIFICATE TO ATTORNEY GENERAL OF TAX DELINQUENCY – INHERITANCE/GST TAX

| Taxpayer number | | Certification date |
|---|---|---|
| 2-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-3 | FILE NO. 9,947,593-6 | 04/23/2001 |

Taxpayer name and mailing address

Cullen R. Looney
Attorney at Law
Post Office Box 118
Edenburg, Texas 78540

EXECUTOR

| Serviceable address: | Grady F. Herold
Post Office Box 393
Mercedes, Texas 78570 |
|---|---|

| In the matter of: Estate of Lillian A. Schwarz | 441,332.15 | TAX |
|---|---|---|
| | 44,133.22 | PENALTY |
| | 0.00 | ADD'L PENALTY |
| | 603,971.18 | INTEREST THRU 04/23/2001 |
| | 1,089,436.55 | TOTAL |

Liability period(s):    Beginning        Ending

through

DATE OF DEATH:        08/24/1985

INTEREST PER DAY:        145.10

AMOUNT OF DELINQUENCY    $1,089,436.55  Plus Lien Fees

I, CAROLE KEETON RYLANDER, Comptroller of Public Accounts of the State of Texas, certify that the taxpayer named above is delinquent in the payment of tax, penalties and interest in the amount and for the period(s) shown in this certificate. This certification is given under my hand and seal of office on the certification date in the City of Austin.

*Carole Keeton Rylander*
CAROLE KEETON RYLANDER
Comptroller of Public Accounts
of the State of Texas

EXHIBIT E