United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> Plaintiff § <br> v. § <br> § <br> GRADY F. HEROLD, SR., Individually § <br> and in his capacity as Independent Executor § <br> of the Estate of Lillian A. Schwarz § <br> (Deceased); et al, § <br> Defendants § <br> § | CIVIL NO. B-02-CV-15 |

CERTIFICATE OF INTERESTED PERSONS FILED BY THE STATE OF TEXAS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Counsel for the Defendant State of Texas certifies that the persons and entities which are financially interested in the outcome of this litigation are those listed above in the title of this document.

DATED: March 6, 2002

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

/s/ David Randell

DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

### CERTIFICATE OF SERVICE

I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing Original Answer of the State of Texas has been mailed, certified, return receipt requested, on this the 6th day of March, 2002 to the following:

/s/ David Randell

DAVID RANDELL

Andrew L. Sobotka
U.S. Department of Justice - Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain, Hrdlicka, White, Williams & Martin, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002

Kent Rider
Linebarger Goggan Blair Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760