IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | §<br>§<br>§ |
| VS. | §    CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (Deceased), et al,<br>Defendants | §<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

**CERTIFICATE OF INTERESTED PERSONS FILED BY**
**(1) CAMERON COUNTY, TEXAS; (2) CAMERON COUNTY EMERGENCY SERVICES DISTRICT; (3) CAMERON COUNTY DRAINAGE DISTRICT #1; (4) SOUTHMOST UNION JR. COLLEGE DISTRICT; (5) SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; (6) SAN BENTIO INDEPENDENT SCHOOL DISTRICT; (7) PORT OF HARLINGEN; (8) HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; (9) BROWNSVILLE INDEPENDENT SCHOOL DISTRICT; (10) BROWNSVILLE NAVIGATION DISTRICT; (11) CITY OF BROWNSVILLE; (12) HIDALGO COUNTY, TEXAS; (13) HIDALGO COUNTY DRAINAGE DIST. #1; (14) HIDALGO COUNTY FIRE DISTRICT #2; (15) CITY OF MERCEDES, TEXAS; (16) MERCEDES WATER DISTRICT #9; (17) SOUTH TEXAS COMMUNITY COLLEGE; (18) CHAMBERS COUNTY, TEXAS; (19) CHAMBERS COUNTY TRINITY BAY CONSERVATION DISTRICT; (21) CHAMBERS LIBERTY COUNTIES NAVIGATION DISTRICT; (22) CHAMBERS COUNTY HOSPITAL DISTRICT (a/k/a BAYSIDE COMMUNITY HOSPITAL); (23) ZAPATA COUNTY, TEXAS; and (24) ZAPATA INDEPENDENT SCHOOL DISTRICT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Counsel for the Defendants listed above certifies that the persons and entities which are financially interested in the outcome of this litigation are those listed above in the title of this document, in addition to the law firm of Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP.

DATED: March 4, 2002.

1

Respectfully submitted,

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS
CAMERON COUNTY, TEXAS; CAMERON
COUNTY EMERGENCY SERVICES DISTRICT;
CAMERON COUNTY DRAINAGE DISTRICT
#1; SOUTHMOST UNION JR. COLLEGE
DISTRICT; SOUTH TEXAS INDEPENDENT
SCHOOL DISTRICT; SAN BENTIO
INDEPENDENT SCHOOL DISTRICT; PORT OF
HARLINGEN; HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT;
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT; BROWNSVILLE NAVIGATION
DISTRICT; CITY OF BROWNSVILLE;
HIDALGO COUNTY, TEXAS; HIDALGO
COUNTY DRAINAGE DIST. #1; HIDALGO
COUNTY FIRE DISTRICT #2; CITY OF
MERCEDES, TEXAS; MERCEDES WATER
DISTRICT #9; SOUTH TEXAS COMMUNITY
COLLEGE; CHAMBERS COUNTY, TEXAS;
CHAMBERS COUNTY TRINITY BAY
CONSERVATION DISTRICT; CHAMBERS
LIBERTY COUNTIES NAVIGATION DISTRICT;
CHAMBERS COUNTY HOSPITAL DISTRICT
(a/k/a BAYSIDE COMMUNITY HOSPITAL);
ZAPATA COUNTY, TEXAS; and ZAPATA
INDEPENDENT SCHOOL DISTRICT

## **CERTIFICATE OF SERVICE**

True and correct copies of the foregoing Certificate of Interested Persons were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on March 4, 2002:

| | |
|---|---|
| Mr. Andrew L. Sobotka<br>Attorney, Tax Division<br>U.S. Department of Justice<br>717 N. Harwood, Ste. 400<br>Dallas, Texas 75201 | Item No. 7001 0320 0005 0399 8216 |

ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| Mr. Larry Sherlock<br>Chamberlain Hrdlicka White Williams & Martin, A P.P.C.<br>1200 Smith Street, Ste. 1400<br>Houston, Texas 77002-4401 | Item No. 7001 0320 0005 0399 8209 |

ATTORNEY FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

| | |
|---|---|
| Mr. David Randell<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | Item No. 7001 0320 0005 0399 8193 |

ATTORNEY FOR STATE OF TEXAS

Mr. Dick N. Walker
Business Manager
Anahuac I.S.D.
P.O. Box 369
Anahuac, Texas 77514-0369

_____
KENT M. RIDER

3

*Cameron\Herold\Interested Persons*
*March 4, 2002*