7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 02-CV-15 |
| vs. ) | |
| ) | |
| GRADY F. HEROLD, SR., et al., ) | |
| ) | |
| Defendants. ) | |

### UNITED STATES' (IRS) CERTIFICATE OF INTERESTED PERSONS

The United States, on behalf of its agency the Internal Revenue Service, files this its

Certificate of Interested Persons under the Court's Order Setting Conference as follows:

The following persons, associations of persons, firms, partnerships, corporations, affiliates,

parent corporations, or other entities are financially interested in the outcome of this litigation:

United States (IRS)
Grady F. Herold, individually & in his capacity as executor, Estate of Lillian A. Schwartz
Kathryn L. Herold
Peggy L. Horn
Ruby L. Wells
Doris J. Shannon
Cameron County, Texas
Cameron County Emergency Services;
Cameron County Drainage District #1;
Southmost Union Jr. College;
South Texas Independent School District;
San Benito Independent School District;
Port of Harlingen;
Harlingen Consolidated Independent School District;
Brownsville Independent School District;

-1-

Brownsville Navigation District;
City of Brownsville;
Hildago County, Texas;
Hildago County Drainage Dist. # 1;
Hildago County Fire District # 2;
City of Mercedes, Texas;
Mercedes Texas Independent School District;
Mercedes Water District # 9;
South Texas Community College;
Chambers County, Texas;
Chambers County Trinity Bay Conservation District;
Anahuac Independent School District;
Chambers Liberty Counties-navigation District;
Chambers County Hospital District (A/k/a Bayside Community Hospital)
Zapata County, Texas;
Zapata Independent School District; and
The State of Texas

Michael T. Shelby
United States' Attorney

*Andrew L. Sobotka*

**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9736 or 9750[9741fax]
   Attorneys for United States (IRS)

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' (IRS) CERTIFICATE OF INTERESTED PERSONS has been made on February 25, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

Kent Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

Micahel Darlow
Perdue, Brandon, Fielder, Collins & Mort
2600 Citadel Plaza Drive
Suite 500
Houston, Texas 77008

Glenn Jarvis
Texas States Bank Tower
3900 North Tenth Street
Suite 1010
McAllen, Texas 78501-1705

Andrew L. Sobotka