39

United States District Court
Southern District of Texas
FILED

**MAR 1 8 2002**

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwartz (Deceased), et al,<br>    Defendants | §<br>§<br>§<br>§<br>§ | |

CAMERON COUNTY, TEXAS; CAMERON
COUNTY EMERGENCY SERVICES;
CAMERON COUNTY DRAINAGE
DISTRICT #1; SOUTHMOST UNION JR.
COLLEGE; SOUTH TEXAS INDEPENDENT
SCHOOL DISTRICT; SAN BENTIO
INDEPENDENT SCHOOL DISTRICT; PORT
OF HARLINGEN; HARLINGEN
CONSOLIDATED INDEPENDENT SCHOOL
DISTRICT; BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT; BROWNSVILLE
NAVIGATION DISTRICT; CITY OF
BROWNSVILLE; HIDALGO COUNTY,
TEXAS; HIDALGO COUNTY DRAINAGE
DIST. #1; HIDALGO COUNTY FIRE
DISTRICT #2; CITY OF MERCEDES,
TEXAS; MERCEDES WATER DISTRICT
#9; SOUTH TEXAS COMMUNITY
COLLEGE; CHAMBERS COUNTY,
TEXAS; CHAMBERS COUNTY TRINITY
BAY CONSERVATION DISTRICT;
CHAMBERS LIBERTY COUNTIES
NAVIGATION DISTRICT; CHAMBERS
COUNTY HOSPITAL DISTRICT
(a/k/a BAYSIDE COMMUNITY HOSPITAL);
ZAPATA COUNTY, TEXAS; and
ZAPATA INDEPENDENT SCHOOL
DISTRICT
    Counterplaintiffs and Cross-Plaintiffs

VS.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

1

UNITED STATES OF AMERICA,                        §
GRADY F. HEROLD, SR., Individually and in        §
his capacity as Independent Executor of the      §
Estate of Lillian A. Schwartz (Deceased), et al, §
KATHRYN L. HEROLD, PEGGY L.                      §
HORN (a/k/a Peggy L. Horn Birch);                §
RUBY L. WELLS; DORIS JEAN SHANNON;               §
and STATE OF TEXAS                               §
      Counterdefendants and Cross-Defendants   §

**ORIGINAL COUNTERCLAIM AND CROSS-CLAIM
OF (1) CAMERON COUNTY, TEXAS,
(2) CAMERON COUNTY EMERGENCY SERVICES DISTRICT,
(3) CAMERON COUNTY DRAINAGE DISTRICT #1,
(4) SOUTHMOST UNION JUNIOR COLLEGE DISTRICT,
(5) SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT,
(6) SAN BENITO INDEPENDENT SCHOOL DISTRICT,
(7) PORT OF HARLINGEN, (8) HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT, (9) BROWNSVILLE
INDEPENDENT SCHOOL DISTRICT, (10) BROWNSVILLE
NAVIGATION DISTRICT, (11) CITY OF BROWNSVILLE,
(12) HIDALGO COUNTY, TEXAS, (13) HIDALGO COUNTY
DRAINAGE DISTRICT #1, (14) HIDALGO COUNTY FIRE
DISTRICT #2, (15) CITY OF MERCEDES, TEXAS,
(16)MERCEDES INDEPENDENT SCHOOL DISTRICT,
(17) MERCEDES WATER DISTRICT #9, (18) SOUTH TEXAS
COMMUNITY COLLEGE DISTRICT, (19) CHAMBERS
COUNTY, TEXAS, (20) CHAMBERS COUNTY TRINITY BAY
CONSERVATION DISTRICT, (21) CHAMBERS LIBERTY
COUNTIES NAVIGATION DISTRICT, (22) CHAMBERS
COUNTY HOSPITAL DISTRICT (a/k/a BAYSIDE
COMMUNITY HOSPITAL), (23) ZAPATA COUNTY, TEXAS
And (24) ZAPATA INDEPENDENT SCHOOL DISTRICT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

     Now come Cameron County, Cameron County Emergency Services District, Cameron

County Drainage District #1, Southmost Union Junior College District, South Texas Independent

School District, San Benito Independent School District, Port of Harlingen, Harlingen Consolidated

Independent School District, Brownsville Independent School District, Brownsville Navigation

District, City of Brownsville, Hidalgo County, Hidalgo County Drainage District #1, Hidalgo County

Fire District #2, City of Mercedes, Mercedes Independent School District, Mercedes Water District #9, South Texas Community College District, Chambers County, Chambers County Trinity Bay Conservation District, Chambers Liberty Counties Navigation District, Chambers County Hospital District (a/k/a Bayside Community Hospital), Zapata County and Zapata Independent School District, Defendants in this case, (the "Taxing Units") and pursuant to FED.R.CIV.P. 13 file the following counterclaim against the Plaintiff, the United States of America (the "United States") and the following cross-action against the Defendants Grady F. Herold, Sr., Individually and in his capacity as the Independent Executor of the Estate of Lillian A. Schwarz (Deceased), Kathryn L. Herold, Peggy L. Horn (a/k/a Peggy L. Horn Birch), Ruby L. Wells and Doris Jean Shannon (collectively, "the Herold Defendants") and the State of Texas (the "State").

A.   Parties

1.      The defendant to this counterclaim is the United States of America, which will be served by delivery of a copy of this counterclaim to its attorney of record in this case, Mr. Andrew L. Sobotka.

2.      The cross-defendants are the Defendants Grady F. Herold, Sr., Individually and in his capacity as the Independent Executor of the Estate of Lillian A. Schwarz (Deceased), Kathryn L. Herold, Peggy L. Horn (a/k/a Peggy L. Horn Birch), Ruby L. Wells and Doris Jean Shannon, who will be served by delivering a copy of this cross-action to their attorney of record, Lawrence Sherlock, and the State of Texas, which will be served by delivery of a copy of this cross-claim to its attorney of record, Mr. David Randell.

B.   Cause of Action

3.      This Counterclaim and Cross-Action is brought by the Taxing Units in order to assert claims against the Herold Defendants for delinquent ad valorem taxes which are owed to the Taxing

3

Units and to foreclose the liens which secure payment of those taxes. The United States and the State are named as defendants by the Taxing Units because of their alleged position as holders of liens on the property on which these taxes have been assessed.

4.     There are delinquent taxes, penalties and interest, separately assessed against the property which is the subject of this suit, and which is described below, justly due, owing, and unpaid to the Taxing Units in the amounts and for the years shown below opposite each tract, for all delinquent years up to and including 2001 in the following amounts:

Tract 1

Approximately 82.13 acres, more or less, remaining out of the "Rangerville Farm", composed of the following property: (a) Block 32 (containing 9 acres), (b) Block 33 (containing 9.82 acres), (c) Block 34 (containing 9.82 acres), all out of the Waggoner Highlands Subdivision, Cameron County, Texas, according to the map or plat thereof recorded in Volume 6, Page 58, Map Records of Cameron County, Texas, and (d) Block 3 (containing 45.69 acres) out of the Harlingen Land and Water Company's Subdivision "A", Concepcion de Carricitos Grant, Cameron County, Texas, according to the map or plat thereof recorded in Volume 1, Page 20, Map Records of Cameron County, Texas.

(a)     Block 32, Waggoner Highlands Subdivision; Tax Account No. 88-8520-0320-0000-00; 9.0 acres

Year Owed: 2001 to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of March 2002                                                                                   $11.09

Year Owed: 2001 to San Benito C.I.S.D., as of March 2002                                                                                   $34.03

(b)     Block 33, Waggoner Highlands Subdivision; Tax Account No. 88-8520-0330-0000-00; 9.0 acres

Year Owed: 2001 to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of March 2002                                                                                   $11.09

Year Owed: 2001 to San Benito C.I.S.D., as of March 2002                                                                                   $34.03

(c)   Block 34, Waggoner Highlands Subdivision; Tax Account
No. 88-8520-0340-0000-00; 9.82 acres

Year Owed: 2001 to Cameron County, Cameron County
Emergency Services District, and South Texas I.S.D., as
of March 2002                                                                    $12.12

Year Owed: 2001 to San Benito C.I.S.D., as
of March 2002                                                                    $37.13

(d)   Block 36, Waggoner Highlands Subdivision; Tax Account
No. 88-8520-0360-0000-00; 8.62 acres

Year Owed: 2001 to Cameron County, Cameron County
Emergency Services District, and South Texas I.S.D., as
of March 2002                                                                    $ 8.62

Year Owed: 2001 to San Benito C.I.S.D., as
of March 2002                                                                    $26.38

(e)   Block 3, Harlingen Land And Water Company's Subdivision "A";
Tax Account No. 87-5220-0030-0000-00; 45.69 acres

Year Owed: 2001 to Cameron County, Cameron County
Emergency Services District, and South Texas I.S.D., as
of March 2002                                                                    $56.38

Year Owed: 2001 to Harlingen I.S.D., as
of March 2002                                                                    $181.57

Tract 2

7.73 acres out of Block 45, El Jardin Subdivision of the Brownwell Tract, Share 28, Espiritu
Santo Grant, Cameron County, Texas, as recorded in Vol. 5, Page 36, Official Records of
Cameron County, Texas; and being also described by tax account No. 73-8670-0450-0100-
000.

Year Owed: 2001 to Cameron, County, City of
Brownsville, South Texas I.S.D., Brownsville
Navigation District, Texas Union Southmost
Junior College District and Brownsville Irrigation
and Drainage District No. 1, as of March 2002              $3,628.50

Year Owed: 2001 to Brownsville .I.S.D., as
of March 2002                                                                    $4,081.29

5

Tract 3

Approximately 59.55 acres, more or less, remaining out of the "Heidelberg/Airport Farm", more particularly described as all of Lot 7, Block 25 (consisting of 39.55 acres, more or less) as identified by Tax Account No. C1400-00-025-0007 and Parcel No. R130764, and the North One-Half (N/2) (consisting of 20 acres, more or less), out of Lot 10, Block 44, of the Capisallo District Subdivision as identified by Tax Account No. C1400-00-044-0010 and Parcel No. R131386, Hidalgo County, Texas, each according to the Map or Plat thereof recorded in Volume P, Page 225, Deed Records of Hidalgo County, Texas.

| Year Owed: | 2002 to Hidalgo County on R130764 | $Amount not yet set |
| | 2002 to Hidalgo County on R131386 | $Amount not yet set |

Tract 4

Approximately 211.59 acres, more or less, out of the Llano Grande Grant situated in Hidalgo County, Texas, and also being out of and forming a part of the platted subdivision of said grant made by the American Rio Grande Land and Irrigation County called Capisallo District Subdivision; said map and plat being recorded in the Deed and Map Records of Hidalgo County, Texas, to which reference is made for greater certainty. Those 211.59 acres are also described by the following Tax Account and Parcel numbers.

(a)   C1400-00-067-0012-03; R131829
      West 8.85 acres, Lot 12, Block 67, being an irregular tract
      Year Owed:   2001 to Hidalgo County, as of March 2002          $11.87

(b)   C1400-00-077-0002-00; R132025
      Lot 2, Block 77; 12.66 acres
      Year Owed:   2001 to Hidalgo County, as of March 2002          $130.45

(c)   C1400-00-078-0009-00
      1.0 acre out of Lot 9, Block 78
      Year Owed:   2001 to Hidalgo County, as of March, 2002          $362.08

(d)   C1400-00-078-0009-05
      34.20 acres out of Lot 2, Block 78
      Year Owed:   2001 to Hidalgo County, as of March 2002          $477.84

(e)   C1400-00-078-0010-00
      28.20 acres in Lot 10, Block 78
      Year Owed:   2001 to Hidalgo County, as of March 2002          $394.01

(f)   C1400-00-078-0013-01
      68.05 acres in Lot 13, Block 78-A
      Year Owed:   2001 to Hidalgo County, as of March 2002          $950.76

(g)  C1400-00-078-0014-01
     6.85 acres in Lot 14, Block 78
     Year Owed:   2001 to Hidalgo County, as of March 2002                    $70.61

(h)  C1400-00-078-0015-01
     14.83 acres in floodway & 20.00 acres outside, in Lot 15, Block 78
     Year Owed:   2001 to Hidalgo County, as of March 2002                    $214.57

(i)  C1400-00-078-0016-00
     19.80 acres in Lot 16, Block 78
     Year Owed:   2001 to Hidalgo County, as of March 2002                    $204.03

(j)  C1400-00-77A-0000-00
     5.15 acres in Block 77A
     Year Owed:   2001 to Hidalgo County, as of March 2002                    $53.07

Tract 5

A 41.68 acre tract out of the International and Great Northern Railroad Company Survey No. 5, Abstract No. 381, in Chambers County, Texas, and also described by Chambers County Tax Account No. 381-00700-00100-26001.

Year Owed:   2001 tax interest and penalties owed to Chambers County,
Chambers County-Trinity Bay Conservation District, Chambers
Liberty County Navigation District, and Chambers County Hospital
District, as of March 2002                                                    $312.74

Tract 6

A .007813 royalty interest in the Emiliano Vela W-1-4 Lease, Roleta
Field, Abstract 95, 661.3 acres out of Share 10, Porcion 27

Year Owed:   2001 to Zapata County and Zapata I.S.D., as of March 2002        $43.95

5.      The Taxing Units also seek to collect all taxes on this property which may become

delinquent during the pendency of this suit.

6.      All volume and page references, unless otherwise indicated, are to the Official

Records of Cameron County, Hidalgo County or Zapata County, to which instruments reference is

made for a more complete description of the tracts.

7.      All taxes listed above were authorized by law, and each political subdivision in whose

7

behalf this claim is brought was legally constituted and authorized to levy, assess, and collect ad valorem taxes on this property, and all of the taxes were legally levied and assessed against the property and the owners thereof. All things required by law to be done have been legally performed by the proper officials.

8.    All of the above described property was owned by the Herold Defendants on January 1 of each year for which the tax was imposed and was located within the boundaries of and/or subject to taxation by the Taxing Units.

9.    The Taxing Units seek a personal judgment against only the Herold Defendants for the taxes, interest and penalties which are owed on this property.

10.    The Taxing Units seek an order of foreclosure of the liens which secure payment of the amounts owed, including a ruling that this foreclosure will be free and clear of all liens and other interests which the United States and the State may assert against the property.

12.    The attorney whose name is signed hereto is legally authorized and empowered to institute and prosecute this action on behalf of the Taxing Units.

WHEREFORE, the Taxing Units pray that they recover judgment against the Herold Defendants for the total amount of delinquent taxes due at the time of the filing of this pleading, all taxes becoming delinquent thereafter up to the date of judgment, all interest, penalty, and costs of court allowed by law accruing up to and including the day of judgment, plus attorney's fees of fifteen percent (15%) of all tax, penalty and interest as provided by law including post judgment interest at the maximum rate allowed by law; for foreclosure of the liens securing payment of these taxes together with an order of sale; for foreclosure of its tax lien free and clear of all liens and interests in the property asserted by the United States and the State of Texas; and for such other relief to which the Taxing Units may be entitled.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR PEÑA &
SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____

KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR CAMERON
COUNTY, TEXAS, ET AL

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing counterclaim and cross-action were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on March _15_, 2002:

Mr. Andrew L. Sobotka                    Item No. 7001 0320 0005 0399 2269
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas  75201

ATTORNEY FOR PLAINTIFF

Mr. Larry Sherlock                       Item No. 7001 0320 0005 0399 2276
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

Mr. Dick N. Walker
Business Manager
Anahuac I.S.D.
P.O. Box 369
Anahuac, Texas 77514-0369

Item No. 7001 0320 0005 0399 2283

_____
KENT M. RIDER

*Cameron\Herold\Counterclaim & cross-action II*
*March 15, 2002*