IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al., | § | |
| Defendants | § | |

UNITED STATES' UNOPPOSED MOTION TO CONTINUE APRIL 4, 2002,
INITIAL PRETRIAL AND SCHEDULING CONFERENCE

The United States of America moves the Court for an order continuing the April 4, 2002, Initial Pretrial and Scheduling Conference for a period of 30 days or such time thereafter as the Court may choose. In support hereof, the United States would show:

1.  This suit was filed on or about January 31, 2002.

2.  On February 8, 2002, the United States mailed requests for waivers of service of process to each of the thirty-one Defendants.

3.  As of March 28, 2002, waivers of service have been received from all but one of the Defendants, and six Defendants have not yet filed answers. However, the time to file answers has not yet expired. Rule 12 allows a defendant who waives service 60 days from the date of the requests for waiver to file an answer. Because the requests for waiver of service in this case were made on February 8, 2002, the deadline for filing answers is April 9, 2002 - several days after the Initial Pretrial and Scheduling Conference currently scheduled on April 4, 2002.

4.  Additionally, the United States recently reached a partial agreement with several Defendants which it is in the process filing with the Court.

5.  The United States believes that a meaningful Joint Discovery and Case

Management Plan cannot be prepared until the remaining Defendants to file answers and participate in that preparation of that document. Additionally, the United States believes that its partial settlement with some of the Defendants will eliminate many issues that would otherwise have to be discussed in the Joint Discovery and Case Management Plan, as well as the Initial Pretrial and Scheduling Conference.

6. As indicated on the attached Certificate of Conference, counsel for all Defendants (whether they have made and appearance or not) were contacted and do not oppose the relief sought in this motion.

7. Accordingly, for the reasons stated above, the United States requests that the Court continue the April 4, 2002, Initial Pretrial and Scheduling Conference for 30 days.

*/s/ Andrew Sobotka*

**Andrew L. Sobotka**
Texas Bar No. 18819900
(214) 880-9736
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
(214) 880-9750
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9741 (fax)

Michael T. Shelby
United States Attorney

Attorneys for United States

## Certificate of Conference

I hereby certify that on March 28, 2002, I contacted counsel for all Defendants (whether they have made an appearance or not) concerning the relief sought in this motion. I further certify that on March 28, 2002, counsel for all Defendants indicated that they do not oppose the relief sought.

_____
Andrew L. Sobotka

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on March 28, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

Kent Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

Micahel Darlow
Perdue, Brandon, Fielder, Collins & Mort
2600 Citadel Plaza Drive
Suite 500
Houston, Texas 77008

Glenn Jarvis
Texas States Bank Tower
3900 North Tenth Street
Suite 1010
McAllen, Texas 78501-1705

_____
Andrew L. Sobotka