IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|    Plaintiff | § | |
| v. | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al., | § | |
|    Defendants | § | |

<u>Order Continuing April 4, 2002, Initial Pretrial and Scheduling Conference</u>

The Court, having considered the United States' Unopposed Motion to Continue the April 4, 2002, Initial Pretrial and Scheduling Conference *(DOCKET NO. 41)* finds and is of the opinion that the motion has merit and should be granted. Accordingly, it is hereby ORDERED that the Initial Pretrial and Scheduling Conference in the above styled case is reset to *MAY 17*, 2002, at *10:00* a.m., and counsel for the United States shall notify all defendants of this new date.

Signed *1 APRIL*, 2002

_____
JUDGE PRESIDING