44

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., Individually | § | |
| and in his capacity as Independent Executor | § | |
| of the Estate of Lillian A. Schwarz | § | |
| (Deceased), et al. | § | |
| | § | |
| Defendants. | § | |

**ANSWER OF DEFENDANTS GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN, RUBY L. WELLS
AND DORIS JEAN SHANNON TO THE ORIGINAL
COUNTERCLAIM AND CROSS-CLAIM OF CAMERON
COUNTY, TEXAS, ET AL.**

Defendants, Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and

Doris Jean Shannon, by their undersigned attorneys, answer the Original Counterclaim and Cross-

claim of Cameron County, Texas and other taxing units ("the Counterclaim") as follows:

1.      Admit the allegations contained in paragraph 1 of the Counterclaim.

2.      Admit the allegations contained in paragraph 2 of the Counterclaim, except deny any

allegations of liability contained therein.

3.      Admit the allegations contained in paragraph 3 of the Counterclaim, except deny any

allegations of liability contained therein.

4.    Deny the allegations contained in paragraph 4 of the Counterclaim, except admit that there are unpaid taxes, penalties and interest in as yet undetermined amounts.

5.    Admit the allegations contained in paragraph 5 of the Counterclaim, except deny any allegations of liability contained therein.

6.    Admit the allegations contained in paragraph 6 of the Counterclaim.

7.    Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Counterclaim.

8.    Deny the allegations contained in paragraph 8 of the Counterclaim, except admit that the property was owned by the Estate of Lillian A. Schwarz, and that the property was subject to taxation by the Taxing Units.

9.    Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Counterclaim, and deny any personal liability of the Herold defendants.

10.    Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Counterclaim.

12.[sic] Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Counterclaim.

WHEREFORE, Defendants deny any personal liability and pray that the Counterclaim and Cross-Claim of Cameron County, Texas et al. be dismissed with prejudice.

*Lawrence Sherlock*

LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 658-1818
(713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX  77002

3

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer has this 9th day of April, 2002, been made by mailing a copy thereof to:

Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, L.L.P.
P. O. Box 17428
Austin, Texas 78760

David Randell
Assistant Attorney General
Bankruptcy and Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

LAWRENCE SHERLOCK

362551.1
001461-000000:4/9/2002