

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff | § | |
| v. | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al., | § | |
|     Defendants | § | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE MAY 17, 2002, INITIAL PRETRIAL AND SCHEDULING CONFERENCE

The United States of America moves the Court for an order continuing the May 17, 2002, Initial Pretrial and Scheduling Conference for a period of 30 days or such time thereafter as the Court may choose. In support thereof, the United States would show:

1. This suit was filed on or about January 31, 2002.

2. All parties have been served and have filed answers.

4. This suit is related to a previously filed lien foreclosure suit against the Estate of Lillian A. Schwarz (Case No. B-01-053) involving two large tracts of real estate located on South Padre Island (hereafter the South Padre Island suit). Many of the parties in this suit are also parties to the South Padre Island Suit.

5. Trial on the South Padre Island suit is set for June 3, 2002, before Judge Tagle and the United States anticipates that the manner in which the South Padre Island properties are to be sold will be determined at that trial.

6. While this suit is not necessarily dependent on the outcome of the South Padre Island suit, the schedule which the parties will request and some of the issues to be resolved in this case may be different depending on the outcome of the South Padre Island suit.

7. As indicated on the attached Certificate of Conference, counsel for all Defendants

were contacted and do not oppose the relief sought in this motion. Accordingly, for the reasons stated above, the United States requests that the Court continue the May 17, 2002, Initial Pretrial and Scheduling Conference for 30 days.

*[signature]*

**Andrew L. Sobotka**
Texas Bar No. 18819900
(214) 880-9736
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
(214) 880-9750
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9741 (fax)

Michael T. Shelby
United States Attorney

Attorneys for United States

## Certificate of Conference

I hereby certify that on May 13, 2002, I contacted counsel for all Defendants concerning the relief sought in this motion, and that they do not oppose the relief sought.

*Andrew L. Sobotka*

Andrew L. Sobotka

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on May 13, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
    Counsel for the Estate and Heirs

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
    Counsel for the State of Texas

Micahel Darlow
Perdue, Brandon, Fielder, Collins & Mort
2600 Citadel Plaza Drive
Suite 500
Houston, Texas 77008
    Counsel for Anahuac ISD

Kent Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760
    Counsel for all other Ad Valorem Property Tax Authorities

_____
Andrew L. Sobotka