47

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-015 |
| | § | |
| GRADY F. HEROLD, SR., ET AL. | § | |

TYPE OF CASE:       __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:                                                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                        CONTINUED TO DATE AND TIME:

**JUNE 14, 2002 AT 10:00 A.M.**                                          **JUNE 17, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 6, 2002

TO:     MR. ANDREW SOBOTKA
        MR. LAWRENCE SHERLOCK
        MR. KENT RIDER
        MS. YOLANDA HUMPHREY
        MR. DAVID RANDELL