48

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA §
Plaintiff §
v. § CIVIL NO. B-02-015
GRADY F. HEROLD, SR., et al., §
Defendants §

UNITED STATES' UNOPPOSED MOTION TO CONTINUE JUNE 17, 2002,
INITIAL PRETRIAL AND SCHEDULING CONFERENCE

The United States of America moves the Court for an order continuing the June 17, 2002, Initial Pretrial and Scheduling Conference until July 8, 2002 or such time thereafter as the Court may choose. In support hereof, the United States would show:

1. On May 16, 2002, the Court continued the Initial Pretrial and Scheduling Conference to June 14, 2002, so that a trial scheduled for June 3, 2002, in a related case (Case No. B-01-053) could be heard and the parties would have a better idea of the schedule needed for this case.

2. At the docket call in the related case on May 30, 2002, it was learned that the related case would not be reached for trial until June 24, 2002. *See* attached Order Setting Bench Trial. The trial of this related case is anticipated to last one day or less.

3. On June 6, 2002, the Court rescheduled the June 14, 2002, conference on its own initiative to June 17, 2000. Accordingly, due to unforseen circumstances, the Initial Pretrial and Scheduling Conference for this case is again scheduled to take place before the trial of the related case.

4. As represented by the United States in its previous motion, it is anticipated that the time frame on which the South Padre Island properties are to be sold as a result of the related

case may affect the schedule which the parties will request and some of the issues in this case.

5. As indicated on the attached Certificate of Conference, counsel for all Defendants were contacted and do not oppose the relief sought in this motion.

Prayer

Accordingly, for the reasons stated above, the United States requests that the Court continue the June 17, 2002, Initial Pretrial and Scheduling Conference until July 8, 2002, or such time thereafter as the Court may choose.

**Andrew L. Sobotka**
Texas Bar No. 18819900
(214) 880-9736
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
(214) 880-9750
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9741 (fax)

Michael T. Shelby
United States Attorney

Attorneys for United States

Certificate of Conference

I hereby certify that I have contacted counsel for all Defendants concerning the relief sought in this motion, and that they do not oppose the relief sought.

Andrew L. Sobotka

**Certificate of Service**

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on June 12, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
Counsel for the Estate and Heirs

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
Counsel for the State of Texas

Micahel Darlow
Yolanda Humphrey
Perdue, Brandon, Fielder, Collins & Mort
2600 Citadel Plaza Drive
Suite 500
Houston, Texas 77008
Counsel for Anahuac ISD

Kent Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760
Counsel for all other Ad Valorem Property Tax Authorities

Andrew L. Sobotka

79

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

UNITED STATES (IRS) §
§
*versus* § CIVIL ACTION NO. 01-53
§
GRADY F. HEROLD, SR., et al §

United States District Court
Southern District of Texas
ENTERED

MAY 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER SETTING BENCH TRIAL**

1. Counsel shall appear for Bench Trial on ***June 24, 2002 at 9:00 a.m.***

Signed May 31, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge