

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff | § | |
| v. | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al., | § | |
|     Defendants | § | |

<u>Order Continuing June 17, 2002, Initial Pretrial and Scheduling Conference</u>

The Court, having considered the United States' Amended Unopposed Motion to Continue the June 17, 2002, Initial Pretrial and Scheduling Conference, finds and is of the opinion that the motion has merit and should be granted. Accordingly, it is hereby ORDERED that the Initial Pretrial and Scheduling Conference in the above styled case is reset to August 15, 2002, at 2:00 p.m.

Signed _18 June_, 2002

                                                                                                  JUDGE PRESIDING