IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., Individually | § | |
| and in his capacity as Independent Executor | § | |
| of the Estate of Lillian A. Schwarz | § | |
| (Deceased), et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER REASSIGNING CASE

The Court, having considered the motion of Grady F. Herold et al. to reassign this case, finds that this case is related to *United States v. Herold*, Civil No. B-01-053. Accordingly, it is hereby ORDERED that this case is reassigned to the Honorable Hilda G. Tagle, U.S. District Judge. Current settings in this case are canceled.

Signed: 8/14, 2002

_____
JUDGE PRESIDING