IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.

GRADY F.. HEROLD, SR., individually and in
His capacity as Independent Executor of the
Estate of Lillian A. Schwarz (deceased);
KATHRYN L. HEROLD; PEGGY L. HORN
(a/k/a Peggy L. Horn Birch);
RUBY L. WELLS; DORIS JEAN SHANNON;
CAMERON COUNTY, TEXAS; CAMERON
COUNTY EMERGENCY SERVICES;
CAMERON COUNTY DRAINAGE DISTRICT #1;
SOUTHMOST UNION JR. COLLEGE;
SOUTH TEXAS INDEPENDENT SCHOOL
DISTRICT L SAN BENITO INDEPENDENT
SCHOOL DISTRICT; PORT OF HALINGEN;
HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT;
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT;
BROWNSVILLE NAVIGATION DISTRICT;
CITY OF BROWNSVILLE; HILDAGO COUNTY;
HILDAGO COUNTY DRAINAGE DISTRIC #1;
HILDAGO COUNTY FIRE DISTRICT #2;
CITY OF MERCEDES, TEXAS; MERCEDES
INDEPENDENT SCHOOL DISTRICT;
MERCEDES WATER DISTRICT #9;
SOUTH TEXAS COMMUNITY COLLEGE;
CHAMBERS COUNTY, TEXAS;
CHAMBERS COUNTY TRINITY BAY
CONSERVATION DISTRICT;
ANAHUAC INDEPENDENT SCHOOL DISTRICT;
CHAMBERS LIBERTY COUNTIES-NAVIGATION
DISTRICT; CHAMBERS COUNTY
HOSPITAL DISTRICT (a/k/a BAYSIDE COMMUNITY
HOSPITAL); ZAPATA COUNTY, TEXAS;
ZAPATA INDEPENDENT SCHOOL DISTRICT; and
THE STATE OF TEXAS;

        Defendants.

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

Civil Case No. B-02-015

INITIAL DISCLOSURES OF ANAHUAC INDEPENDENT SCHOOL DISTRICT
PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COMES, ANAHUAC INDEPENDENT SCHOOL DISTRICT, (hereinafter "Anahuac") a Defendant in the above captioned cause, and makes the following initial disclosures pursuant to FED.R.CIV.P.26(a)(1)(A), (B), (C), and (D).

             Respectfully submitted:

             PERDUE, BRANDON, FIELDER
             COLLINS & MOTT, L.L.P.

             _____
             Yolanda M. Humphrey
             Fed. ID No. 7463
             1235 North Loop West, Suite 600
             Houston, Texas 77008
             (713) 862-1860
             (713) 862-1429 (fax)

             Attorneys for Defendant Anahuac
             Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been served upon the following parties by certified mail return receipt requested/facsimile on this the 6th day of September, 2002.

Mr. Andrew Sobotka
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Mr. Kent M. Rider
Linebarger, Goggan, Blair, Pena & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

_____
Yolanda M. Humphrey

ANAHUAC INDEPENDENT SCHOOL DISTRICT'S
INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

**Margie Henry – Tax Assessor Collector**
**Anahuac Independent School District**
**Chambers County Tax Office**
**P.O. Box 519**
**Anahuac, TX 77514**
**(409) 267-8236**
**(409) 267-8398 Fax**

**Ms. Margie Henry is the Tax Assessor/Collector for Anahuac Independent School District and has knowledge of relevant facts to this case.**

**Michael J. Darlow**
**Perdue, Brandon, Fielder, Collins & Mott, L.L.P**
**1235 North Loop West, Suite 600**
**Houston, Texas 77008**
**Mr. Darlow is the attorney for Anahuac Independent School District and has knowledge of relevant facts to this case.**

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

**A Delinquent Tax Statement is attached as Exhibit "A"**

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**This is not a claim for injury or damages.**

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**There are no discoverable insuring agreements at this time.**

# DELINQUENT TAX STATEMENT

CHAMBERS COUNTY TAX OFFICE
P. O. BOX 519
ANAHUAC, TEXAS  77514

ATTORNEY NO.  3452

SCHWARZ LILLIAN A
BOX 584
MERCEDES TX 78570-0000

LEGAL DESCRIPTION

| | YEAR | AMOUNT | PEN & INT | TOTAL |
|---|---|---|---|---|
| 381 TR 7-1 I&GN SEC 5 0014590 | 2001 | 131.40 | 49.93* | 181.33 |

TOTAL DUE FOR ANAHUAC INDEPENDENT SCHOOL DISTRICT         181.33

TOTAL DUE IF PAID IN SEP 2002 $   181.33
TOTAL DUE IF PAID IN OCT 2002 $   182.84
TOTAL DUE IF PAID IN NOV 2002 $   184.36

PAYABLE TO: CHAMBERS COUNTY TAX OFFICE
            P. O. BOX 519
            ANAHUAC, TEXAS  77514

--------------------------------------------------------------

