United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,               §
     Plaintiff                         §
                                        §
VS.                                     §       CIVIL NO. B-02-015
                                        §
GRADY F. HEROLD, SR., Individually and in §
his capacity as Independent Executor of the §
Estate of Lillian A. Schwarz (Deceased), et al §
     Defendants                        §

INITIAL DISCLOSURES OF (1) CAMERON COUNTY, TEXAS;
(2) CAMERON, COUNTY EMERGENCY SERVICES DISTRICT;
(3) CAMERON COUNTY DRAINAGE DISTRICT #1;
(4) SOUTHMOST UNION JR. COLLEGE DISTRICT;
(5) SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT;
(6) SAN BENTIO INDEPENDENT SCHOOL DISTRICT;
(7) PORT OF HARLINGEN; (8) HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT; (9) BROWNSVILLE
INDEPENDENT SCHOOL DISTRICT; (10) BROWNSVILLE
NAVIGATION DISTRICT; (11) CITY OF BROWNSVILLE;
(12) HIDALGO COUNTY, TEXAS; (13) HIDALGO COUNTY
DRAINAGE DIST. #1; (14) HIDALGO COUNTY FIRE
DISTRICT #2; (15) CITY OF MERCEDES, TEXAS;
(16) MERCEDES INDEPENDENT SCHOOL DISTRICT;
(17) MERCEDES WATER DISTRICT #9; (18) SOUTH TEXAS
COMMUNITY COLLEGE DISTRICT; (19) CHAMBERS
COUNTY, TEXAS; (20) CHAMBERS COUNTY TRINITY
BAY CONSERVATION DISTRICT; (21) CHAMBERS
LIBERTY COUNTIES NAVIGATION DISTRICT;
(22) CHAMBERS COUNTY HOSPITAL DISTRICT (a/k/a
BAYSIDE COMMUNITY HOSPITAL); (23) ZAPATA COUNTY,
TEXAS; and (24) ZAPATA INDEPENDENT SCHOOL DISTRICT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

     The foregoing Defendants make the following initial disclosures pursuant to
FED.R.CIV.P. 26(a)(1).

     <u>Rule 26(a)(1)(A)</u>:    The following persons are likely to have discoverable information
concerning the Defendants' claims:

1

Mr. Antonio Yzaguirre, Jr.
Tax Assessor-Collector
Mr. Jesse Garcia, Jr.
Chief Deputy--Administration
Cameron County Tax Office
P.O. Box 952
Brownsville, Texas 78522-0952
(956) 544-0800

Mr. Yzaguirre and Mr. Garcia have knowledge of the records of the Cameron County Tax Office which concern the property which is the subject of this suit.

Ms. Rosalva V. Zapata
Tax Assessor-Collector
Harlingen Independent School District
P.O. Box 2643
Harlingen, Texas 78551-2643
(956) 428-7999

Ms. Zapata has knowledge of the records of the School District Tax Office which concern the property which is the subject of this suit.

Ms. Gloria Allala
Tax Assessor-Collector
Brownsville Independent School District
P.O. Box 4050
Brownsville, Texas 78523-4050
(956) 428-7999

Ms. Allala has knowledge of the records of the School District Tax Office which concern the property which is the subject of this suit.

Mr. Armando Barrera
Tax Assessor-Collector
Hidalgo County
P.O. Box 178
Edinburg, Texas 78540
(956) 318-2157

Mr. Barrera has knowledge of the records of the County Tax Office which concern the property which is the subject of this suit.

Ms. Margie Henry
Tax Assessor-Collector
Chambers County
P.O. Box 519
Anahuac, Texas 77514
(409) 267-4453

Ms. Henry has knowledge of the records of the County Tax Office which concern the property which is the subject of this suit.

Ms. Rosalva Guerra
Tax Assessor-Collector
Zapata County
P.O. Box 1008
Zapata, Texas 77076-1008
(956) 765-9971

Ms. Guerra has knowledge of the records of the Tax Office which concern the property which is the subject of this suit.

The members of the governing boards of each of the Defendants on whose behalf these disclosures are filed, who were in office during the years for which each Defendant asserts a claim for delinquent ad valorem taxes, may have knowledge of the official acts of each Defendant during that period of time which affect the property which is the subject of this suit, including, but not limited to, adoption of each entity's ad valorem tax rates applicable to those years.

Rule 26(a)(1)(B):    The documents upon which the claims of these Defendants are based consist of the certified appraisal rolls and certified tax rolls of each Defendant and the minutes of the several governing bodies for each Defendant where those governing bodies adopted their annual tax rates and the additional collection penalty allowed by TEX.PROP.TAX CODE ANN. §33.07.

Rule 26(a)(1)(C):    No Defendant asserts a claim for "damages" in this case. Copies of their delinquent tax statements which show the amounts owed as delinquent taxes plus statutory penalties and interest will be supplied to all opposing counsel who requests a copy.

Rule 26(a)(1)(D):    There are no policies of insurance applicable to this case.

DATED:    September 4, 2002.

Respectfully submitted,

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing disclosures were served by first class United States mail, postage prepaid, addressed as follows on September 4, 2002:

Mr. Andrew L. Sobotka
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas  75201

ATTORNEY FOR PLAINTIFF

Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas  78711-2548

ATTORNEY FOR STATE OF TEXAS

Ms. Yolanda Humphrey
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas  77008

ATTORNEY FOR ANAHUAC INDEPENDENT
SCHOOL DISTRICT

KENT M. RIDER

*Cameron\Herold-II\Rule 26 disclosures*
*September 4, 2002*