59

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**SEP 1 6 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR. et al., | § | |
| | § | |
| Defendants. | § | |

**RULE 26 INITIAL DISCLOSURES BY DEFENDANTS
GRADY F. HEROLD, SR., KATHRYN L. HEROLD,
PEGGY L. HORN, RUBY L. WELLS, AND DORIS JEAN SHANNON**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Grady F.

Herold, Sr., Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon (collectively,

"the Estate and heirs") make the following initial disclosures regarding the matters in controversy

in the instant case.

A.    The following individuals are likely to have discoverable information that the Estate

and heirs may use to support their claims or defenses:

1.    Grady F. Herold
P. O. Box 584
Mercedes, Texas 78570-0584
Phone number: (956) 565-2337

Mr. Herold has information concerning the values of the subject properties,
the estate's attempts to sell such properties to satisfy the tax liens, the
likelihood of the properties' selling at the present time, the administration of
the estate and the absence of any transfers of estate property to the heirs.

2.    Cullen R. Looney
      312 South Closner
      Edinburg, Texas 78540
      Phone no.: (956) 383-7032

      Mr. Looney has information concerning the values of the subject properties,
      the estate's attempts to sell such properties to satisfy the tax liens, the
      likelihood of the properties' selling at the present time, the administration of
      the estate and the absence of any transfers of estate property to the heirs.


3.    Billy Joe Day
      200 S. 10th Street, Suite 1501
      McAllen, TX 78501
      Phone no. (956) 687-7888

      Mr. Day has information concerning the values of the subject properties, the
      estate's attempts to sell such properties to satisfy the tax liens, the likelihood
      of the properties' selling at the present time, the administration of the estate
      and the absence of any transfers of estate property to the heirs.


4.    Peter Bos
      Legendary, Inc.
      385 Highway 98 East, Suite 60
      Destin, Florida 32541
      Phone no.: (850) 337-8000

      Mr. Bos has information concerning work performed on the estate's property
      on South Padre Island that makes it likely the federal and other tax liens
      against the estate will be satisfied by the sale of the South Padre Island
      property.


5.    Dwight C. Lorenzen
      Legendary, Inc.
      385 Highway 98 East, Suite 60
      Destin, Florida 32541
      Phone no.: (850) 337-8000

      Mr. Lorenzen has information concerning work performed on the estate's
      property on South Padre Island that makes it likely the federal and other tax
      liens against the estate will be satisfied by the sale of the South Padre Island
      property.

2

6.    Bob Davis
      Davis Realty
      Weslaco, Texas
      (956) 968-4571

      Mr. Davis has information concerning the estate's attempts to sell the subject
      properties to satisfy the tax liens.

7.    Janet Buckner
      P. O. Box 8336
      Brownsville, Texas 78526-8336
      (956) 778-5925
      (956) 546-3551

      Ms. Buckner has information concerning the estate's attempts to sell the
      subject properties to satisfy the tax liens.

B.    The following documents are in the possession, custody or control of the Estate and

      heirs and may be used to support their claims and defenses.

      1.    Correspondence related to attempts by the Estate to sell the subject properties

            to satisfy the tax liens.

C.    The Estate and heirs do not seek any damages from any other party, and therefore

      Rule 26(a)(1)(C) is not applicable.

D.    There are no insurance agreements relevant to this case, and therefore Rule

      26(a)(1)(D) is not applicable.

The Estate and heirs will continue to search for discoverable material covered by Rule 26(a)(1) and

will supplement these disclosures as required by the Federal Rules of Civil Procedure. In addition,

the Estate and heirs may rely on materials that are in the possession of other parties or third parties

3

to support their claims and defenses.  The Estate reserves the right to use any such materials that it

finds in the course of further discovery against other parties.

_____
LAWRENCE SHERLOCK
CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)


OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX  77002

4

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Rule 26 Initial Disclosures by Defendants Grady F. Herold, Sr., Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, and Doris Jean Shannon has this 13th day of September, 2002, been made by mailing a copy thereof to:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

David Garza
P. O. Box 2025
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, L.L.P.
P. O. Box 17428
Austin, Texas 78760

David Randell
Assistant Attorney General
Bankruptcy and Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Yolanda M. Humphrey
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008

LAWRENCE SHERLOCK

384302.1
001461-000000:9/13/2002