61

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED
11-14-2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA §
§
§
vs. § CIVIL ACTION NO. B: 02-15
§
§
GRADY F. HEROLD, SR., Individually §
and in his capacity as Independent Executor
of the Estate of Lillian A. Schwarz
(Deceased), et al

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

   <u>December 2, 2002 at 2:00 p.m.</u>
   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

2. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney-in-charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed on November 14, 2002 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge