61

United States District Court
Southern District of Texas
FILED

NOV 25 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL NO. B-02-015** |
| | § | |
| **GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (Deceased), et al** **Defendants** | § § § § | |

**UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY FOR CAMERON COUNTY, TEXAS; CAMERON COUNTY EMERGENCY SERVICES; CAMERON COUNTY DRAINAGE DISTRICT #1; SOUTHMOST UNION JR. COLLEGE; SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; SAN BENTIO INDEPENDENT SCHOOL DISTRICT; PORT; OF HARLINGEN; HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; BROWNSVILLE INDEPENDENT SCHOOL DISTRICT; BROWNSVILLE NAVIGATION DISTRICT; CITY OF BROWNSVILLE; HIDALGO COUNTY, TEXAS; HIDALGO COUNTY DRAINAGE DIST. #1; HIDALGO COUNTY FIRE DISTRICT #2; CITY OF MERCEDES, TEXAS; MERCEDES WATER DISTRICT #9; SOUTH TEXAS COMMUNITY COLLEGE; CHAMBERS COUNTY, TEXAS; CHAMBERS COUNTY TRINITY BAY CONSERVATION DISTRICT; CHAMBERS LIBERTY COUNTIES NAVIGATION DISTRICT; CHAMBERS COUNTY HOSPITAL DISTRICT (a/k/a BAYSIDE COMMUNITY HOSPITAL); ZAPATA COUNTY, TEXAS; and ZAPATA INDEPENDENT SCHOOL DISTRICT AT DECEMBER 2, 2002, STATUS CONFERENCE AND TO PERMIT SUBSTITUTE ATTORNEY TO APPEAR PRO HAC VICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. The Court has scheduled the initial pretrial status conference in this case for Monday, December 2, 2002, at 2:00 PM in Brownsville.

2. Since September 17, 2002, Kent M. Rider, the attorney in charge for the Defendants named in the caption of this motion (the "Taxing Units"), has been set for trial in the 168th District Tax Court of El Paso County, Texas, in Cause No. 99-3001, styled *Noel B. Fisher vs. El Paso Central Appraisal District, et al.* Attached to this motion as Exhibit "1" is a true and correct copy of the Order of Court Setting in that case.

3. The Taxing Units are units of local government being represented by Mr. Rider

and his law firm. They were brought into this case by the Plaintiff United States of America solely because they are owed ad valorem taxes by the Lillian Schwarz Estate on real property on which the United States has placed a lien to secure payment of estate taxes which it believes are owed to it by that Estate.

4. The Taxing Units being represented by Mr. Rider and his law firm have asserted a counterclaim against the United States, seeking to preserve the priority of the ad valorem tax lien.

5. For the above reasons there are minimal issues in this case which involve the Taxing Units being represented by Mr. Rider, and they expect to have minimal involvement at the scheduled status conference.

6. Pursuant to Local Rule 83.2, the Taxing Units request that either Ms. Thelma Banduch, Texas State Bar No. 01668900, mailing address 1726 West University Drive, Edinburg, Texas 78539, telephone number (956) 383-4500, or Mr. Enrique Peña, Texas State Bar No. 24027600, mailing address Paseo Plaza Center, Suite B-28, 1805 Ruben Torres Blvd., Brownsville, Texas 78526, telephone number (956) 546-1624, be allowed to appear on their behalf on December 2, 2002 if Mr. Rider's El Paso trial proceeds as scheduled. Neither Ms. Banduch nor Mr. Peña are admitted to practice before this court, and so the Taxing Units request that they be permitted to appear *pro hac vice* for this conference.

WHEREFORE, premises considered, the Taxing Units request permission to appear at the December 2, 2002 initial pretrial conference through counsel other than Mr. Rider in the event his previous trial setting proceeds as scheduled, and that they have general relief.

))

))

))

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P. O. Box 17428
Austin, Texas 78760
(512)447-6675
Telefax (512)443-3494

By: [signature]
KENT M. RIDER
State Bar No. 16896000

**CERTIFICATE OF CONFERENCE**

Counsel for all other parties in this case have been contacted, and there is no opposition to the relief requested in the foregoing motion.

[signature]
KENT M. RIDER

**CERTIFICATE OF SERVICE**

True and correct copies of the foregoing motion were served by first class United States mail, postage prepaid, addressed as follows on November 22, 2002:

Mr. Andrew L. Sobotka
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201

ATTORNEY FOR PLAINTIFF

Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR., KATHRYN LOUISE HEROLD, PEGGY L. HORN, RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

Ms. Yolanda M. Humphrey
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008

ATTORNEYS FOR ANAHUAC
INDEPENDENT SCHOOL DISTRICT

KENT M. RIDER

*Cameron\Herold\Pretrial attorney substitution*
*November 22, 2002*

IN THE 168TH DISTRICT TAX COURT
EL PASO COUNTY, TEXAS

Fisher

VS. CAUSE NO. 99-3001

EL PASO CENTRAL APPRAISAL

**ORDER OF COURT SETTING**

This case is hereby set for A **JURY TRIAL** on Dec. 2. ,2002 at 9:00 A.M. and **FINAL PRE-TRIAL** on Nov. 18 ,2002 at ~~1:30 P.M.~~ 9:00 A.M.

SIGNED ON THIS THE 19th DAY OF September, 2002.

[signature]
SR. Judge Presiding
JUDGE EDWARD MARQUEZ
168TH TAX COURT

ORIGINAL: DISTRICT CLERK
JOHN BRUSNIAK
JOSEPH LONGORIA
E.P. "Bud" Kirk
Kent Rider 443-3494

EXHIBIT
1