IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| v. | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al., | § | |
| Defendants | § | |

United States' District Court
Southern District of Texas
FILED

NOV 2 7 2002

Michael N. Milby
Clerk of Court

### United States' Designation of New Attorney-In-Charge

Please take notice that pursuant to Local Rule 11.1, the United States designates Manuel P. Lena Jr., Texas Bar No. 12201255 & Southern ID # 28780, as its new attorney-in-charge.

_____
Manuel P. Lena Jr.
Texas Bar No. 12201255/Southern ID 28780
**Andrew L. Sobotka**
Texas Bar No. 18819900/Southern ID 32631
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorneys for United States (IRS)

### Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on November 26, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

Yolanda Humphrey
Perdue, Brandon, Fielder, Collins & Mort
1235 North Loop West, Suite 600
Houston, Texas 77008

_____
Manuel P. Lena Jr.