Case 1:02-cv-00015 Document 63 Filed in TXSD on 12/02/2002 Page 1 of 3
ATTY.GEN./BANKRUPTCY    Fax:512-482-8341    Dec 2 '02 11:54    P.02

63



OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

December 2, 2002

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

Hon. Hilda G. Tagle
U.S. DISTRICT JUDGE
600 E. Harrison Street #101
Brownsville, Texas 78520

ATTN: Stella Cavazos

RE:   *United States of America vs. Grady F. Herold, Sr., et al.*;
      Civil No. B-02-015

Dear Judge Tagle:

Due to illness, I am unable to appear for today's *Initial Pre-trial and Scheduling Conference*. This letter is to request permission to appear by telephone. I have previously conferred with counsel for the United States and the ad valorem taxing units (other than Anahuac I.S.D.) and have been told that they do not oppose my appearing telephonically. I have been unable to contact counsel for the Estate and Anahuac I.S.D. today.

I apologize to the court and counsel for the other parties, and would appreciate the opportunity to appear by telephone.

Very truly yours,

David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173
F: (512) 482-8341

DFR/
Enc.

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548  TEL:(512)463-2173  FAX:(512)482-8341
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

Hon. Hilda G. Tagle
U.S. DISTRICT JUDGE
December 2, 2002
Page 2

CC:   Larry Sherlock                         BY FACSIMILE: (713) 658-2553
      CHAMBERLAIN HRDLICKA WHITE
            WILLIAM & MARTIN, A P.P.C.
      1200 Smith Street, Ste. 1400
      Houston, Texas 77002-4401

      Andrew Sobotka                         BY FACSIMILE: (214) 880-9774
      U.S. DEPARTMENT OF JUSTICE
      Tax Division
      717 N. Harwood, Suite 400
      Dallas, Texas 75201

      Yolanda Humphrey                       BY FACSIMILE: (713) 862-1429
      PERDUE, BRANDON, FIELDER,
      COLLINS & MORT
      1235 North Loop West, Suite 600
      Houston, Texas 77008
      (713) 862-1429 (fax)

      Kent M. Rider                          BY FACSIMILE: (512) 443-3494
      LINEBARGER HEARD GOGGAN BLAIR
      GRAHAM PEÑA & SAMPSON, LLP
      P.O. Box 17428
      Austin, Texas 78760



# OFFICE OF THE ATTORNEY GENERAL

## FACSIMILE COVER SHEET

### *CONFIDENTIALITY NOTICE*

The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege, work product or proprietary information. This information is intended for the exclusive use of the addressee named below. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee named below), copying, or the taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

|  |  |
|---|---|
| **To:** | Stella Cavazos |
| **Company:** | COURT UNIT OF JUDGE TAGLE |
| **Phone:** |  |
| **Fax:** | (956) 548-2598 |
| **From:** | David Randell |
| **Division:** | Bankruptcy & Collections Division 008 |
| **Phone:** |  |
| **Fax:** | (512) 482-8341 |
| **Date:** | December 2, 2002 |
| **Pages (including cover page):** | 3 |

**Comments:**

I will be ready for the *Initial Pre-trial and Scheduling Conference* at 2:00 p.m. My telephone number is 512/ 475-4882.

Thanks.– DFR