64

## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ☐ Levesque |
| DATE | 12 / 02 / 02 |
| TIME | ☐ a.m.  2:00 p.m.  —  ☐ a.m.  2:16 p.m. |
| CIVIL ACTION | B / 02 / 015 |
| STYLE | United States of America<br>*versus*<br>Grady F. Herold, Sr. et al. |

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby, Clerk of Court

### DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Conference;                    (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Manuel P. Lena, Jr. for U.S.DOJ-Internal Revenue Service

Attorney(s) for Defendant(s):  Larry Sherlock for Estate of Lillian Schwarz and individual heirs
Thelma Banduch for Taxing Units (units of local gov't)
Appearing pro hac vice, IPTC only
David Randell for State of Texas (appearing telephonically)

**Ruling:** Deft's Cameron County, Texas, et al Motion to Substitute Attorney and to Permit Attorney to Appear Pro Hac Vice (Dkt.#61) **GRANTED**. Deft's. State of Texas request to appear telephonically for scheduling conference (Dkt.#63) **GRANTED**.

**Comments:**

*Lena*: Dates are workable for discovery. January 31, 2003 is still suitable. SJ motion will likely be filed before close of discovery.

*Sherlock*: asks the Court for a trial date in the summer to allow Legendary to proceed with purchase of SPI properties. Studies have been underway, a new survey of the property, site bldg. plan.

*Banduch*: 2002 taxes have been assessed, which is the only change since the bench trial.

*Randell*: Trial in summer, not withstanding SJ is workable.

Counsel to meet with Case Manager after this hearing for the purpose of working on the scheduling order. Court adjourned.