| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §

vs. § Civil Action B: 02-015

GRADY F. HEROLD, SR., Individually and §
in his capacity as Independent Executor of the
Estate of Lillian A. Schwarz (deceased); et al

## SCHEDULING ORDER

1. Trial: Estimated time to try: _1_ day.   ■ Bench   ☐ Jury

2. New parties must be joined by:   N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   1/15/03

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.   2/14/03

5. Discovery must be completed by:   2/24/03
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   3/24/03

7. Joint pretrial order is due:   6/17/03

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   7/2/03

9. Jury Selection is set for 9:00 a.m. on:   N/A
   *(The case will remain on standby until tried)*

Signed _December 2_, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge