IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | CIVIL NO. B-02-CV-15 |
| GRADY F. HEROLD, SR., Individually and | § | |
| in his capacity as Independent Executor of the | § | |
| Estate of Lillian A. Schwarz (Deceased), et al. | § | |
| | § | |
| Defendants | § | |

### STATE OF TEXAS' CROSS-CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

THE STATE OF TEXAS, Defendant, (hereinafter "State") files this Cross-Claim pursuant to Fed. R. Civ. P. 13(g) against Grady F. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased); Kathryn Louise Herold, Ruby L. Wells, and Doris Jean Shannon (said individuals hereinafter referred to as "the heirs" and all collectively referred to as "Cross-Defendants") and in support of which would show the following:

#### I. Parties

1.    The Cross-Defendants are Grady F. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased)(hereinafter "the estate"); Kathryn Louise Herold; Ruby L. Wells and Doris Jean Shannon. The individual defendants are heirs of Lillian A. Schwarz and have an interest in the property more particularly described below upon which the Plaintiff, United States of America, several ad valorem property tax unit Defendants and the state seek to foreclose tax liens. Cross Defendants will be served by delivery of a copy of this cross-claim to their attorney of record.

## II. Cause of Action

2.      Pursuant to TEX. TAX CODE ANN. §113.001 - .006, the state has a tax lien upon the properties of the estate described in Exhibits 1 - 6 to the United States of America's *Original Complaint*, incorporated herein by reference, securing the payment of all state inheritance taxes, penalties and interest owed by the estate. The State filed tax liens to secure the inheritance tax liability on or about August 11, 1986 at Volume 82, Page 378 of the Deeds Records of Cameron County, at Volume 341, Page 642 of the Deed Records of Zapata County, and at Volume 3, Page 511 of the Deed Records of Chambers County. The State filed a tax lien to secure the inheritance tax liability on or about August 14, 1986 at Volume 2237, Page 35 of the Deeds Records of Hidalgo County. The state inheritance tax lien attached to the estate's property in the above-referenced counties when the lien notices were filed. The State of Texas seeks to foreclose its inheritance tax lien upon the above-described property of the estate.

3.      On July 25, 2002, the state recovered judgment in a related case, *United States of America v. Grady F. Herold, Sr., et al.*, Civil No. B.-01-053, U.S. District Court, Southern District of Texas, Brownsville Division, for the inheritance tax liability secured by the above-described lien. Said judgment incorporated a Stipulation of Settled Issues filed in that case which fixed the total amount of state inheritance tax, penalties and interest at $763,175.28 as of April 1, 2002, with additional interest at $99.16 per day, subject to a concomitant reduction for a Section 2053 deduction for 50% of all federal interest accruing on the estate's stipulated federal estate tax liability after December 31, 2001.

4.      The state seeks to enforce its tax lien against the interest of estate and the heirs in the property through the foreclosure and sale of the property and requests payment, in full, from the

proceeds of the sale for the delinquent State inheritance tax.

### III.

5.   In accordance with TEX. GOV'T CODE ANN. 2107.006, the Attorney General is entitled to recover and collect reasonable attorney fees, investigative costs, and court costs on behalf of the State of Texas.

WHEREFORE the State of Texas prays that the Court adjudge and decree that the State of Texas has a valid, superior lien against the property and has priority over any interest the Estate of Lillian A. Schwarz or the heirs of Lillian Schwarz may have; that this Court order that the State of Texas' lien be perpetuated and foreclosed; that this Court order that the property be sold and that the proceeds of such sale be distributed, after costs of sale, to the State of Texas to satisfy the unpaid inheritance tax liability; that this Court award the State of Texas attorney's fees and costs; and that the State of Texas have such further relief as this Court may deem proper.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

_[signature]_

DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

### CERTIFICATE OF SERVICE

I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing State of Texas' Cross-Claim has been mailed, certified, return receipt requested, and transmitted by facsimile to the telephone numbers below, on this the 30th day of December, 2002 to the following:

| | |
|---|---|
| Manuel P. Lena<br>U.S. Department of Justice - Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, Texas 75201 | BY FACSIMILE: (214) 880-9774 |
| Larry Sherlock<br>Chamberlain, Hrdlicka, White, Williams & Martin, P.C.<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002 | BY FACSIMILE: (713) 658-2553 |
| Kent Rider<br>Linebarger Goggan Blair Peña & Sampson, LLP<br>P.O. Box 17428<br>Austin, Texas 78760 | BY FACSIMILE: (512) 443-3494 |
| Yolanda Humphrey<br>Perdue, Brandon, Fielder, Collins & Mort<br>1235 North Loop West, Suite 600<br>Houston, Texas 77008 | BY FACSIMILE: (713) 862-1429 |

_[signature]_

DAVID RANDELL