IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JAN 0 9 2003**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al | § | |
| | § | UNOPPOSED MOTION |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Defendant, Grady F. Herold, executor of the Estate of Lillian Schwarz, moves the Court to enter an order extending the time within which to respond to the Plaintiff's Motion for Summary Judgment for one week to January 16, 2003.    As grounds for this motion, Defendant would show:

1.    On December 17, 2002, theUnited States served its Motion for Summary Judgment seeking the foreclosure of its tax liens against the real property that is the subject of this case.

2.    Currently, Defendant's response to the motion is due on January 9, 2003 (20 days after service, plus three days for service by mail).

3.    Because of the intervening holidays and the press of other work (more particularly, the preparation of a brief in the United States Tax Court case, *Melnik v. Commissioner*, Docket No. 13392-01, Defendant requires more time to prepare its response.

4.    Counsel for Defendant left a voicemail message for Plaintiff's counsel on January 2, 2003, inquiring about opposition to the extension.    On January 7, 2003, Plaintiff's counsel responded by fax stating his agreement to an extension of one week.

5.     Defendants therefore request the extension of the current due date for one week to January 16, 2003.  A proposed Order is attached to that effect.

WHEREFORE, Defendant requests that his motion be granted.

LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 658-1818
(713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
        WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX  77002

2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Defendant's Unopposed Motion for Extension of Time to Respondent to Motion for Summary Judgment has this 8th day of January, 2003, been made by mailing a copy thereof to:

Manuel P. Lena, Jr.
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Kent M. Rider
Linebarger Heard
P. O. Box 17428
Austin, Texas 78760

David Randell
Assistant Attorney General
Bankruptcy and Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Yolanda Humphrey
Perdue, Brandon, Fielder, Collins & Mort
125 North Loop West, Suite 600
Houston, TX 77008

LAWRENCE SHERLOCK

001461-000000:7/17/2002

3