70

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-02-015 |
| | § | |
| GRADY F. HEROLD, SR., et al. | § | UNOPPOSED MOTION |
| | § | |
| Defendants. | § | |

### ORDER

Upon consideration of Defendant's motion for extension of time to respond to the Plaintiff's Motion for Summary Judgment, and without opposition by the Plaintiff, it is hereby

ORDERED that Defendant's response to Plaintiff's Motion for Summary Judgment be filed on or before January 16, 2003.

Dated this ___10___ day of January, 2003.

_____
UNITED STATES DISTRICT JUDGE