IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>VS.<br><br>GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwartz (Deceased), et al,<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CAMERON COUNTY, TEXAS; CAMERON
COUNTY EMERGENCY SERVICES;
CAMERON COUNTY DRAINAGE
DISTRICT #1; SOUTHMOST UNION JR.
COLLEGE; SOUTH TEXAS INDEPENDENT
SCHOOL DISTRICT; SAN BENTIO
INDEPENDENT SCHOOL DISTRICT; PORT
OF HARLINGEN; HARLINGEN
CONSOLIDATED INDEPENDENT SCHOOL
DISTRICT; BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT; BROWNSVILLE
NAVIGATION DISTRICT; CITY OF
BROWNSVILLE; HIDALGO COUNTY,
TEXAS; HIDALGO COUNTY DRAINAGE
DIST. #1; HIDALGO COUNTY FIRE
DISTRICT #2; CITY OF MERCEDES,
TEXAS; MERCEDES WATER DISTRICT
#9; SOUTH TEXAS COMMUNITY
COLLEGE; CHAMBERS COUNTY,
TEXAS; CHAMBERS COUNTY TRINITY
BAY CONSERVATION DISTRICT;
CHAMBERS LIBERTY COUNTIES
NAVIGATION DISTRICT; CHAMBERS
COUNTY HOSPITAL DISTRICT
(a/k/a BAYSIDE COMMUNITY HOSPITAL);
ZAPATA COUNTY, TEXAS; and
ZAPATA INDEPENDENT SCHOOL
DISTRICT
    Counterplaintiffs and Cross-Plaintiffs

VS.

CIVIL NO. B-02-015

1

72

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> GRADY F. HEROLD, SR., Individually and in § <br> his capacity as Independent Executor of the § <br> Estate of Lillian A. Schwartz (Deceased), et al, § <br> KATHRYN L. HEROLD, PEGGY L. § <br> HORN (a/k/a Peggy L. Horn Birch); § <br> RUBY L. WELLS; DORIS JEAN SHANNON; § <br> and STATE OF TEXAS § <br>    Counterdefendants and Cross-Defendants § | United States District Court <br> Southern District of Texas <br> FILED <br><br> JAN 2 3 2003 <br><br> Michael N. Milby <br> Clerk of Court |

**RESPONSE OF (1) CAMERON COUNTY, TEXAS,
(2) CAMERON COUNTY EMERGENCY SERVICES DISTRICT,
(3) CAMERON COUNTY DRAINAGE DISTRICT #1,
(4) SOUTHMOST UNION JUNIOR COLLEGE DISTRICT,
(5) SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT,
(6) SAN BENITO INDEPENDENT SCHOOL DISTRICT,
(7) PORT OF HARLINGEN, (8) HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT, (9) BROWNSVILLE
INDEPENDENT SCHOOL DISTRICT, (10) BROWNSVILLE
NAVIGATION DISTRICT, (11) CITY OF BROWNSVILLE,
(12) HIDALGO COUNTY, TEXAS, (13) HIDALGO COUNTY
DRAINAGE DISTRICT #1, (14) HIDALGO COUNTY FIRE
DISTRICT #2, (15) CITY OF MERCEDES, TEXAS,
(16) MERCEDES INDEPENDENT SCHOOL DISTRICT,
(17) MERCEDES WATER DISTRICT #9, (18) SOUTH TEXAS
COMMUNITY COLLEGE DISTRICT, (19) CHAMBERS
COUNTY, TEXAS, (20) CHAMBERS COUNTY TRINITY BAY
CONSERVATION DISTRICT, (21) CHAMBERS LIBERTY
COUNTIES NAVIGATION DISTRICT, (22) CHAMBERS
COUNTY HOSPITAL DISTRICT (a/k/a BAYSIDE
COMMUNITY HOSPITAL), (23) ZAPATA COUNTY, TEXAS
And (24) ZAPATA INDEPENDENT SCHOOL DISTRICT TO
<u>STATE OF TEXAS'S MOTION FOR SUMMARY JUDGMENT</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now come Cameron County, Cameron County Emergency Services District, Cameron County Drainage District #1, Southmost Union Junior College District, South Texas Independent School District, San Benito Independent School District, Port of Harlingen, Harlingen Consolidated Independent School District, Brownsville Independent School District, Brownsville Navigation District, City of Brownsville, Hidalgo County, Hidalgo County Drainage District #1, Hidalgo County

2

Fire District #2, City of Mercedes, Mercedes Independent School District, Mercedes Water District #9, South Texas Community College District, Chambers County, Chambers County Trinity Bay Conservation District, Chambers Liberty Counties Navigation District, Chambers County Hospital District (a/k/a Bayside Community Hospital), Zapata County and Zapata Independent School District, Defendants in this case, (the "Taxing Units") and make the following response to the State of Texas's Motion for Summary Judgment (the "State's Motion").

1. The Taxing Units previously filed in this case their Counterclaim and Cross-Action, in which they asserted claims against the Herold Defendants for delinquent ad valorem taxes which are owed to the Taxing Units. The Taxing Units also seek to foreclose the liens which secure payment of those taxes. The United States and the State are named as cross-defendants by the Taxing Units because of their position as holders of liens on the property on which these taxes have been assessed.

2. There are delinquent taxes, penalties and interest, separately assessed against the property which is the subject of this suit in the amounts stated in the Taxing Units' Counterclaim and Cross-Action, as described below, for all delinquent years up to and including 2001 in the following amounts:

Tract 1

Approximately 82.13 acres, more or less, remaining out of the "Rangerville Farm", composed of the following property: (a) Block 32 (containing 9 acres), (b) Block 33 (containing 9.82 acres), (c) Block 34 (containing 9.82 acres), all out of the Waggoner Highlands Subdivision, Cameron County, Texas, according to the map or plat thereof recorded in Volume 6, Page 58, Map Records of Cameron County, Texas, and (d) Block 3 (containing 45.69 acres) out of the Harlingen Land and Water Company's Subdivision "A", Concepcion de Carricitos Grant, Cameron County, Texas, according to the map or plat thereof recorded in Volume 1, Page 20, Map Records of Cameron County, Texas.

(a)   Block 32, Waggoner Highlands Subdivision;
      Tax Account No. 88-8520-0320-0000-00; 9.0 acres

3

|  |  | 2001 | 2002 |
|---|---|---|---|
| Owed to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of January 2003 | | $14.52 | $12.26 |
| Owed to San Benito C.I.S.D., as of January 2003 | | $44.52 | $37.57 |

(b) Block 33, Waggoner Highlands Subdivision; Tax Account No. 88-8520-0330-0000-00; 9.0 acres

| | 2001 | 2002 |
|---|---|---|
| Owed to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of January 2003 | $14.52 | $12.26 |
| Owed to San Benito C.I.S.D., as of January 2003 | $44.52 | $37.57 |

(c) Block 34, Waggoner Highlands Subdivision; Tax Account No. 88-8520-0340-0000-00; 9.82 acres

| | 2001 | 2002 |
|---|---|---|
| Owed to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of January 2003 | $15.86 | $13.38 |
| Owed to San Benito C.I.S.D., as of January 2003 | $48.56 | $41.00 |

(d) Block 36, Waggoner Highlands Subdivision; Tax Account No. 88-8520-0360-0000-00; 8.62 acres

| | 2001 | 2002 |
|---|---|---|
| Owed to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of January 2003 | $11.29 | $ 8.68 |
| Owed to San Benito C.I.S.D., as of January 2003 | $34.51 | $26.61 |

(e) Block 3, Harlingen Land And Water Company's Subdivision "A"; Tax Account No. 87-5220-0030-0000-00; 45.69 acres

| | 2001 | 2002 |
|---|---|---|
| Owed to Cameron County, Cameron County Emergency Services District, and South Texas I.S.D., as of January 2003 | $73.78 | $62.26 |
| Owed to Harlingen I.S.D., as of January 2003 | $237.54 | $200.48 |

Tract 2

7.73 acres out of Block 45, El Jardin Subdivision of the Brownwell Tract, Share 28, Espiritu Santo Grant, Cameron County, Texas, as recorded in Vol. 5, Page 36, Official Records of Cameron County, Texas; and being also described by tax account No. 73-8670-0450-0100-000.

| | 2001 | 2002 |
|---|---|---|
| Owed to Cameron, County, City of Brownsville, South Texas I.S.D., Brownsville Navigation District, Texas Union Southmost Junior College District and Brownsville Irrigation and Drainage District No. 1, as of January 2003 | $3,317.12 | $4,747.05 |
| Owed to Brownsville I.S.D., as of January 2003 | $5,339.37 | $3,744.30 |

Tract 3

Approximately 59.55 acres, more or less, remaining out of the "Heidelberg/Airport Farm", more particularly described as all of Lot 7, Block 25 (consisting of 39.55 acres, more or less) as identified by Tax Account No. C1400-00-025-0007 and Parcel No. R130764, and the North One-Half (N/2) (consisting of 20 acres, more or less), out of Lot 10, Block 44, of the Capisallo District Subdivision as identified by Tax Account No. C1400-00-044-0010 and Parcel No. R131386, Hidalgo County, Texas, each according to the Map or Plat thereof recorded in Volume P, Page 225, Deed Records of Hidalgo County, Texas.

| | 2002 |
|---|---|
| Owed on Parcel No. R130764 to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $405.38 |
| Owed on Parcel No. R131386 to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $204.99 |

Tract 4

Approximately 211.59 acres, more or less, out of the Llano Grande Grant situated in Hidalgo County, Texas, and also being out of and forming a part of the platted subdivision of said grant made by the American Rio Grande Land and Irrigation County called Capisallo District Subdivision; said map and plat being recorded in the Deed and Map Records of Hidalgo County, Texas, to which reference is made for greater certainty. Those 211.59 acres are also described by the following Tax Account and Parcel numbers.

| | | 2001 | 2002 |
|---|---|---|---|
| (a) | Owed on Parcel No. R131829, being an irregular tract out of the West 8.85 acres, Lot 12, Block 67, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $15.56 | $11.56 |
| (b) | Owed on Parcel No. R132025, being 12.66 acres identified as Lot 2, Block 77, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $170.66 | $129.77 |

5

|     |     | 2001 | 2002 |
|-----|-----|------|------|
| (c) | Owed on Parcel No. 132039, being 1.0 acre out of 35.20 acres identified as Lot 9, Block 78, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $233.39 | $351.12 |
| (d) | Owed on Parcel No. R132040, being 34.20 acres out of Lot 9, Block 78, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $625.16 | $464.46 |
| (e) | Owed on Parcel No. R132041, being 28.20 acres also described as Lot 10, Block 78, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $515.49 | $382.97 |
| (f) | Owed on Parcel No R132048, being 68.05 acres also described as Lot 13, Block 78-A, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $1,43.86 | $924.20 |
| (g) | Owed on Parcel No. R132051, being 6.85 acres also described as Lot 14, Block 78, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $92.37 | $70.22 |
| (h) | Owed on Parcel No. R132054, being 14.83 acres in floodway & 20.00 acres outside, also described as Lot 15, Block 78, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $279.41 | $212.41 |
| (i) | Owed on Parcel No. R132055, being 19.80 acres, also described as Lot 16, Block 78, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes, as of January 2003 | $266.94 | $202.94 |
| (j) | Owed on Parcel No. R132276, being 5.15 acres in Block 77A, to Hidalgo County, for itself and on behalf of all other taxing units for which it collects ad valorem taxes as of January, 2003 | $69.43 | $52.79 |

## Tract 5

A 41.68 acre tract out of the International and Great Northern Railroad Company Survey No. 5, Abstract No. 381, in Chambers County, Texas, and also described by Chambers County

Tax Account No. 381-00700-00100-26001.

| | 2001 | 2002 |
|---|---|---|
| Owed to Chambers County, Chambers County-Trinity Bay Conservation District, Chambers Liberty County Navigation District, and Chambers County Hospital District, as of January 2003 | $409.16 | $628.65 |

Tract 6

A .007813 royalty interest in the Emiliano Vela W-1-4 Lease, Property ID 50462

| | 2001 | 2002 |
|---|---|---|
| Owed to Zapata County and Zapata I.S.D., as of January 2003 | $57.53 | $69.94 |

Tract 7

A .007812 royalty interest in the B. Vela W-1/2/3 Lease, Property ID 57861

| | 2001 | 2002 |
|---|---|---|
| Owed to Zapata County and Zapata I.S.D., as of January 2003 | $25.63 | $19.74 |

3.     The State's Motion also seeks to foreclose the lien which it possesses on those same tracts, but that Motion is silent about any priority between its lien and those claimed by the Taxing Units.

4.     The liens claimed by the Taxing Units are superior to those claimed by the State by virtue of TEX.TAX CODE ANN. 32.05(c)(Vernon 2002). Therefore, if this Court grants the State's Motion, the order allowing the State to foreclose its lien should state that the State's taxes shall be paid after the taxes, interest and penalties owed to the Taxing Units are paid.

WHEREFORE, the Taxing Units pray that any order allowing foreclosure of the tax lien in favor of the State of Texas require payment in full of the amounts owed to the Taxing Units before any payment is made to the State of Texas, and for such other relief to which the Taxing Units may be entitled.

))

))

7

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR CAMERON COUNTY, TEXAS, ET AL

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing response to the State of Texas's Motion for Summary Judgment were served by certified United States mail, postage prepaid, return receipt requested, or by first class United States mail, postage prepaid, addressed as follows on January 21, 2003:

Mr. Manuel P. Lena
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201
First Class Mail

ATTORNEY FOR PLAINTIFF

Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401
First Class Mail

ATTORNEYS FOR GRADY F. HEROLD, SR., KATHRYN LOUISE HEROLD, PEGGY L. HORN, RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
CMRRR No. 7001 2510 0000 8130 1496

ATTORNEY FOR STATE OF TEXAS

Ms. Yolanda Humphrey
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
First Class Mail

ATTORNEY FOR ANAHUAC I.S.D.

                                                                                                KENT M. RIDER