IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al | § | |
| | § | |
| Defendants. | § | |

## ANSWER TO STATE OF TEXAS' CROSS CLAIM

The Defendants, Grady F. Herold, Sr., individually and as executor of the Estate of Lillian A. Schwarz, Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, and Doris Jean Shannon, answer the Cross Claim of the State of Texas as follows:

1. Admit the allegations contained in paragraph 1 of the Cross Claim, except deny that any of the defendants are liable for any taxes in their individual capacities.

2. Admit the allegations contained in paragraph 2 of the Cross Claim, except allege that the state inheritance tax lien is inferior to a federal estate tax lien that fully secures the value of the properties.

3. Admit the allegations contained in paragraph 3 of the Cross Claim.

4. Admit the allegations contained in paragraph 4 of the Cross Claim, except deny that the State of Texas has an absolute right to the sale of the property and that equitable factors other than liability for the tax must be weighed in determining whether and when a foreclosure should take place.

5. Deny the allegations contained in paragraph 5 of the Cross Claim.

1

6.   In further defense of the Cross Claim, Defendants allege that the State of Texas already has a judgment in the amount of the liability sought, and further judgment is precluded by *res judicata*.

7.   In further defense of the Cross Claim, Defendants allege that other means of paying the liability exist and that foreclosure of the properties should therefore be denied.

WHEREFORE, Defendants pray that the Cross Claim be dismissed with prejudice and that the Court grant such other and further relief as is deemed just and proper.

_____
LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX 77002

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing State of Texas Cross Claim has this 20th day of January, 2003, been made by mailing a copy thereof to:

> Manuel P. Lena, Jr.
> U.S. Department of Justice
> Tax Division
> 717 N. Harwood, Suite 400
> Dallas, Texas 75201
>
> Kent M. Rider
> Linebarger Heard
> P. O. Box 17428
> Austin, Texas 78760
>
> David Randell
> Assistant Attorney General
> Bankruptcy and Collections Division
> P. O. Box 12548
> Austin, Texas 78711-2548
>
> Yolanda Humphrey
> Perdue, Brandon, Fielder, Collins & Mort
> 125 North Loop West, Suite 600
> Houston, TX 77008

_____
LAWRENCE SHERLOCK

0401646.01
001461-000000:1/20/03