United States District Court
Southern District of Texas
FILED

MAY 2 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., et al., | § | |
| Defendants | § | |

**UNOPPOSED MOTION FOR ENTRY OF
STIPULATION FOR DISMISSAL WITH PREJUDICE**

By and through their respective attorneys of record, the United States, the State of Texas, and Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon, and the Estate of Lillian Schwarz ("the Estate"), hereby agree and stipulate, and move the Court, that each of their respective claims and causes of action be dismissed with prejudice in this case, each party to bear its own costs of litigation including attorneys fees. The Estate has sold the South Padre Island property and both the United States and the State of Texas have been paid consistent with the July 25, 2002 judgment entered in the related case, <u>United States v. Grady F. Herold, Sr., et al.</u>, Civil No. B-01-053, U.S. District Court, Southern District of Texas, Brownsville Division. Consequently, the IRS liens and its deed of trust against the Estate are released as to the properties described in the United States' complaint in this action. Moreover, the United States requests the Court to dismiss as moot the United States' and the State of Texas' motions for summary judgment. Counsel for the ad valorem taxing authorities do not object to this stipulation; their claims against the Estate remain pending.

The parties request the Court to enter an order consistent with their stipulation.

1

*Manuel P. Lena Jr.*
Manuel P. Lena Jr.
Texas Bar No. 12201255/Southern ID 28780
Andrew L. Sobotka
Texas Bar No. 18819900/Southern ID 32631
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9736 / (214) 880-9750
(214) 880-9741 (fax)
    Attorneys for United States

*Larry Sherlock / By Permission (MPL)*
Larry Sherlock
State Bar No. 18240720
Southern Dist. No. 7454
Chamberlain, Hrdlicka, White,
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
(713) 658-1818
(713) 658-2553 (fax)
    Attorney for Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, and Estate of Lillian Schwarz

*David Randell / By Permission (MPL)*
David Randell
State Bar No. 16532400
Southern Dist. No. 1638
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2173
(512) 482-8341(fax)
    Attorney for State of Texas

## CERTIFICATE OF CONFERENCE

    I hereby certify that on May 21, 2003, I discussed this motion and stipulation with Kent Rider and Yolanda Humphrey, attorneys representing the ad valorem property tax authorities in this case. They do not oppose the relief sought.

                                   *Manuel P. Lena Jr.*
                                   Manuel P. Lena Jr.

Manuel P. Lena Jr.
Texas Bar No. 12201255/Southern ID 28780
Andrew L. Sobotka
Texas Bar No. 18819900/Southern ID 32631
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9736 / (214) 880-9750
(214) 880-9741 (fax)
   Attorneys for United States

*Lawrence Sherlock* (signature)
Larry Sherlock
State Bar No. 18240720
Southern Dist. No. 7454
Chamberlain, Hrdlicka, White,
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
(713) 658-1818
(713) 658-2553 (fax)
   Attorney for Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, and Estate of Lillian Schwarz

David Randell
State Bar No. 16532400
Southern Dist. No. 1638
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2173
(512) 482-8341(fax)
   Attorney for State of Texas

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2003, I discussed this motion and stipulation with Kent Rider and Yolanda Humphrey, attorneys representing the ad valorem property tax authorities in this case. They do not oppose the relief sought.

Manuel P. Lena Jr.

2

Manuel P. Lena Jr.
Texas Bar No. 12201255/Southern ID 28780
Andrew L. Sobotka
Texas Bar No. 18819900/Southern ID 32631
Attorneys, Tax Division
U S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9736 / (214) 880-9750
(214) 880-9741 (fax)
    Attorneys for United States

Larry Sherlock
State Bar No. 18240720
Southern Dist. No. 7454
Chamberlain, Hrdlicka, White,
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
(713) 658-1818
(713) 658-2553 (fax)
    Attorney for Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, and Estate of Lillian Schwarz

David Randell
State Bar No. 16532400
Southern Dist. No. 1638
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2173
(512) 482-8341(fax)
    Attorney for State of Texas

### CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2003, I discussed this motion and stipulation with Kent Rider and Yolanda Humphrey, attorneys representing the ad valorem property tax authorities in this case. They do not oppose the relief sought.

                                Manuel P. Lena Jr.

2

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on May 28, 2003, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
    Counsel for the Estate and Heirs

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
    Counsel for the State of Texas

Yolanda Humphrey
Perdue, Brandon, Fielder, Collins & Mort
1235 North Loop West, Suite 600
Houston, Texas 77008
    Counsel for Anahuac ISD

Kent Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760
    Counsel for all other Ad Valorem Property Tax Authorities

                                                      Manuel P. Lena Jr.