United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwarz (Deceased), et al<br>　　　Defendants | §<br>§<br>§<br>§<br>§ | |

**UNOPPOSED MOTION OF CAMERON COUNTY, TEXAS; CAMERON
COUNTY EMERGENCY SERVICES CAMERON COUNTY DRAINAGE
DISTRICT #1; SOUTHMOST UNION JR. COLLEGE; SOUTH TEXAS
INDEPENDENT SCHOOL DISTRICT; SAN BENITO INDEPENDENT SCHOOL
DISTRICT; PORT OF HARLINGEN; HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT; BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT; BROWNSVILLE NAVIGATION DISTRICT; CITY OF
BROWNSVILLE; HIDALGO COUNTY, TEXAS; HIDALGO COUNTY
DRAINAGE DIST. #1; HIDALGO COUNTY FIRE DISTRICT #2; CITY OF
MERCEDES, TEXAS; MERCEDES WATER DISTRICT #9; SOUTH TEXAS
COMMUNITY COLLEGE; CHAMBERS COUNTY, TEXAS; CHAMBERS
COUNTY TRINITY BAY CONSERVATION DISTRICT; CHAMBERS LIBERTY
COUNTIES NAVIGATION DISTRICT; CHAMBERS COUNTY HOSPITAL
DISTRICT (a/k/a BAYSIDE COMMUNITY HOSPITAL); ZAPATA COUNTY,
TEXAS; and ZAPATA INDEPENDENT SCHOOL DISTRICT,
TO DISMISS COUNTERCLAIM AND CROSS-CLAIM**

TO THE HONORABLE UNITES STATES DISTRICT COURT:

Cameron County, Cameron County Emergency Services District, Cameron County

Drainage District #1, Southmost Union Junior College District, South Texas Independent School

District, San Benito Independent School District, Port of Harlingen, Harlingen Consolidated

Independent School District, Brownsville Independent School District, Brownsville Navigation

District, City of Brownsville, Hidalgo County, Hidalgo County Drainage District #1, Hidalgo

County Fire District #2, City of Mercedes, Mercedes Independent School District, Mercedes

Water District #9, South Texas Community College District, Chambers County, Chambers

County Trinity Bay Conservation District, Chambers Liberty Counties Navigation District,

Chambers County Hospital District (a/k/a Bayside Community Hospital), Zapata County and Zapata Independent School District, (collectively the "Taxing Units"), move, pursuant to FED.R.CIV.P. 41(a) and (c) to dismiss the Counterclaim and Cross-Claim which they have filed in this case against Grady R. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, (collectively "the Heirs"), the United States of America, and the State of Texas. As grounds for the requested relief the Taxing Units state that all ad valorem taxes which they sought to recover through the Counterclaim and Cross-Action have been paid. Therefore no case or controversy exists at this time between the Taxing Units, on the one hand, and the Heirs, the United States of America and the State of Texas on the other.

WHEREFORE, premises considered, the Taxing Units pray that the Court sign the Order to dismiss their counterclaim and cross-action which is attached to this Motion, and award them such additional relief as may be proper.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

2

## CERTIFICATE OF CONFERENCE

Counsel for all parties against which the Taxing Units sought any recovery have agreed to the relief sought by this motion.

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing motion were served by either certified United States mail, postage prepaid, return receipts requested, or by first class United States mail, postage prepaid, addressed as follows on May 29, 2003:

Mr. Manuel P. Lena, Jr.                                      #7002 0860 0004 1194 8466
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201

ATTORNEYS FOR PLAINTIFF

Mr. Larry Sherlock                                           #7001 0860 0004 1194 8473
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell                                            #7001 0860 0004 1194 8480
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

Ms. Yolanda M. Humphrey                                      First class mail
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008

ATTORNEYS FOR ANAHUAC
INDEPENDENT SCHOOL DISTRICT

KENT M. RIDER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL NO. B-02-015 |
| GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwarz (Deceased), et al<br>　　　Defendants | §<br>§<br>§<br>§<br>§ | |

**ORDER TO DISMISS COUNTERCLAIM AND CROSS-ACTION OF CAMERON
COUNTY, TEXAS; CAMERON COUNTY EMERGENCY SERVICES
CAMERON COUNTY DRAINAGE DISTRICT #1; SOUTHMOST UNION JR.
COLLEGE; SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; SAN
BENITO INDEPENDENT SCHOOL DISTRICT; PORT OF HARLINGEN;
HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT;
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT; BROWNSVILLE
NAVIGATION DISTRICT; CITY OF BROWNSVILLE; HIDALGO COUNTY,
TEXAS; HIDALGO COUNTY DRAINAGE DIST. #1; HIDALGO COUNTY FIRE
DISTRICT #2; CITY OF MERCEDES, TEXAS; MERCEDES WATER DISTRICT
#9; SOUTH TEXAS COMMUNITY COLLEGE; CHAMBERS COUNTY, TEXAS;
CHAMBERS COUNTY TRINITY BAY CONSERVATION DISTRICT;
CHAMBERS LIBERTY COUNTIES NAVIGATION DISTRICT; CHAMBERS
COUNTY HOSPITAL DISTRICT (a/k/a BAYSIDE COMMUNITY HOSPITAL);
ZAPATA COUNTY, TEXAS; and ZAPATA INDEPENDENT SCHOOL
DISTRICT**

TO THE HONORABLE UNITES STATES DISTRICT COURT:

　　　The Counterclaim and Cross-Action filed in this case by Cameron County, Cameron

County Emergency Services District, Cameron County Drainage District #1, Southmost Union

Junior College District, South Texas Independent School District, San Benito Independent

School District, Port of Harlingen, Harlingen Consolidated Independent School District,

Brownsville Independent School District, Brownsville Navigation District, City of Brownsville,

Hidalgo County, Hidalgo County Drainage District #1, Hidalgo County Fire District #2, City of

Mercedes, Mercedes Independent School District, Mercedes Water District #9, South Texas

Community College District, Chambers County, Chambers County Trinity Bay Conservation

1

District, Chambers Liberty Counties Navigation District, Chambers County Hospital District (a/k/a Bayside Community Hospital), Zapata County and Zapata Independent School District, (collectively, the "Taxing Units") against Grady R. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, (collectively "the Heirs"), the United States of America, and the State of Texas is DISMISSED with prejudice.

All unpaid costs, if any, incurred incident to that Counterclaim and Cross-Action by the Taxing Units are taxed against them.


_____
HILDA G. TAGLE
United States District Judge