IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-02-CV-15 |
| | § | |
| GRADY F. HEROLD, SR., et al. | § | |
| Defendants | § | |

### SATISFACTION OF JUDGMENT IN FAVOR OF THE STATE OF TEXAS

COMES NOW Defendant, The State of Texas, and states that the Judgment in favor of The State of Texas which was entered into action on July 25, 2002, has been paid and is satisfied as to all Defendants.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY McBEE
First Assistant Attorney General

JEFFERY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

_____
DAVID RANDELL
Assistant Attorney General
SBN: 16532400
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2173
Fax: (512) 482-8341

ATTORNEYS FOR PLAINTIFFS

Satisfaction of Judgment in Favor of The State of Texas

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on the 2nd day of June, 2003 by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, Texas 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

Andrew L. Sobotka
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

_____
DAVID RANDELL

G:\COL\DATA\COLLECT\DFR\Pleadings\Estate of Schwarz\satisfaction of judgment.wpd

Satisfaction of Judgment in Favor of The State of Texas