IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-015 |
| GRADY F. HEROLD, SR., ET AL. | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on June 3, 2003, the Court having received an Unopposed Motion For Entry Of Stipulation For Dismissal With Prejudice [Dkt. No. 75] hereby **DISMISSES WITH PREJUDICE** the respective claims of the United States of America, the State of Texas, Grady F. Herold, Sr., Katherine Louise Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, and the Estate of Lillian Schwarz, by and against one another in this case.

The motions for summary judgment [Dkt. Nos. 66 & 68] are **MOOT**.

All other causes of action by and between the parties remain pending for trial in July. The Joint Pretrial Order is due on or before June 16, 2003, and the Final Pretrial Conference will be held on July 2, 2003, at 1:30 p.m.

Done at Brownsville, Texas, this 3rd day of June 2003.

Hilda G. Tagle
United States District Judge