IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff § <br> § <br> VS. § <br> § <br> GRADY F. HEROLD, SR., Individually and in § <br> his capacity as Independent Executor of the § <br> Estate of Lillian A. Schwarz (Deceased), et al § <br> Defendants § | CIVIL NO. B-02-015 |

### ORDER TO DISMISS COUNTERCLAIM AND CROSS-ACTION OF CAMERON COUNTY, TEXAS; CAMERON COUNTY EMERGENCY SERVICES CAMERON COUNTY DRAINAGE DISTRICT #1; SOUTHMOST UNION JR. COLLEGE; SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; SAN BENITO INDEPENDENT SCHOOL DISTRICT; PORT OF HARLINGEN; HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; BROWNSVILLE INDEPENDENT SCHOOL DISTRICT; BROWNSVILLE NAVIGATION DISTRICT; CITY OF BROWNSVILLE; HIDALGO COUNTY, TEXAS; HIDALGO COUNTY DRAINAGE DIST. #1; HIDALGO COUNTY FIRE DISTRICT #2; CITY OF MERCEDES, TEXAS; MERCEDES WATER DISTRICT #9; SOUTH TEXAS COMMUNITY COLLEGE; CHAMBERS COUNTY, TEXAS; CHAMBERS COUNTY TRINITY BAY CONSERVATION DISTRICT; CHAMBERS LIBERTY COUNTIES NAVIGATION DISTRICT; CHAMBERS COUNTY HOSPITAL DISTRICT (a/k/a BAYSIDE COMMUNITY HOSPITAL); ZAPATA COUNTY, TEXAS; and ZAPATA INDEPENDENT SCHOOL DISTRICT

TO THE HONORABLE UNITES STATES DISTRICT COURT:

The Counterclaim and Cross-Action filed in this case by Cameron County, Cameron County Emergency Services District, Cameron County Drainage District #1, Southmost Union Junior College District, South Texas Independent School District, San Benito Independent School District, Port of Harlingen, Harlingen Consolidated Independent School District, Brownsville Independent School District, Brownsville Navigation District, City of Brownsville, Hidalgo County, Hidalgo County Drainage District #1, Hidalgo County Fire District #2, City of Mercedes, Mercedes Independent School District, Mercedes Water District #9, South Texas Community College District, Chambers County, Chambers County Trinity Bay Conservation

1

District, Chambers Liberty Counties Navigation District, Chambers County Hospital District (a/k/a Bayside Community Hospital), Zapata County and Zapata Independent School District, (collectively, the "Taxing Units") against Grady R. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, (collectively "the Heirs"), the United States of America, and the State of Texas is DISMISSED with prejudice.

All unpaid costs, if any, incurred incident to that Counterclaim and Cross-Action by the Taxing Units are taxed against them.

HILDA G. TAGLE
United States District Judge