IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-015 |
| | § | |
| GRADY F. HEROLD, SR., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on June 30, 2003, the Court **DISMISSED** all remaining claims, counterclaims and cross-claims in this matter because all liens have been paid in full. This case is **CLOSED** and is no longer scheduled for final pretrial conference on July 2, 2003.

DONE at Brownsville, Texas, this 30th day of June 2003.

Hilda G. Tagle
United States District Judge